# Exh. A

Exh. A

| Site | Dialed# | Start Time | End Time | Inmate |
|---|---|---|---|---|
| Androscoggin County Jail, ME | ■ | 10/08/2019 12:17:53 | 10/08/2019 12:23:44 | ■ |
| Androscoggin County Jail, ME | ■ | 06/03/2019 12:38:18 | 06/03/2019 12:39:24 | ■ |
| Androscoggin County Jail, ME | ■ | 06/03/2019 12:38:18 | 06/03/2019 12:39:24 | ■ |
| Androscoggin County Jail, ME | ■ | 06/10/2019 12:39:34 | 06/10/2019 12:41:46 | ■ |
| Androscoggin County Jail, ME | ■ | 06/10/2019 12:39:34 | 06/10/2019 12:41:46 | ■ |
| Androscoggin County Jail, ME | ■ | 06/28/2019 13:09:41 | 06/28/2019 13:11:59 | ■ |
| Androscoggin County Jail, ME | ■ | 06/28/2019 13:09:41 | 06/28/2019 13:11:59 | ■ |
| Androscoggin County Jail, ME | ■ | 07/01/2019 12:35:36 | 07/01/2019 12:38:23 | ■ |
| Androscoggin County Jail, ME | ■ | 07/01/2019 12:35:36 | 07/01/2019 12:38:23 | ■ |
| Androscoggin County Jail, ME | ■ | 07/02/2019 11:50:28 | 07/02/2019 11:53:06 | ■ |
| Androscoggin County Jail, ME | ■ | 07/02/2019 11:50:28 | 07/02/2019 11:53:06 | ■ |
| Androscoggin County Jail, ME | ■ | 07/18/2019 10:14:23 | 07/18/2019 10:16:16 | ■ |
| Androscoggin County Jail, ME | ■ | 07/18/2019 10:14:23 | 07/18/2019 10:16:16 | ■ |
| Androscoggin County Jail, ME | ■ | 07/29/2019 12:34:23 | 07/29/2019 12:37:33 | ■ |
| Androscoggin County Jail, ME | ■ | 07/29/2019 12:34:23 | 07/29/2019 12:37:33 | ■ |
| Androscoggin County Jail, ME | ■ | 07/30/2019 13:25:42 | 07/30/2019 13:27:38 | ■ |
| Androscoggin County Jail, ME | ■ | 07/30/2019 13:25:42 | 07/30/2019 13:27:38 | ■ |
| Androscoggin County Jail, ME | ■ | 08/05/2019 16:31:40 | 08/05/2019 16:32:24 | ■ |
| Androscoggin County Jail, ME | ■ | 08/05/2019 16:31:40 | 08/05/2019 16:32:24 | ■ |
| Androscoggin County Jail, ME | ■ | 08/06/2019 09:46:39 | 08/06/2019 09:50:25 | ■ |
| Androscoggin County Jail, ME | ■ | 08/06/2019 09:46:39 | 08/06/2019 09:50:25 | ■ |
| Androscoggin County Jail, ME | ■ | 08/08/2019 09:44:54 | 08/08/2019 09:49:50 | ■ |
| Androscoggin County Jail, ME | ■ | 08/08/2019 09:44:54 | 08/08/2019 09:49:50 | ■ |
| Androscoggin County Jail, ME | ■ | 08/08/2019 12:17:32 | 08/08/2019 12:19:43 | ■ |
| Androscoggin County Jail, ME | ■ | 08/08/2019 12:17:32 | 08/08/2019 12:19:43 | ■ |
| Androscoggin County Jail, ME | ■ | 08/13/2019 08:48:15 | 08/13/2019 09:04:23 | ■ |
| Androscoggin County Jail, ME | ■ | 08/13/2019 08:48:15 | 08/13/2019 09:04:23 | ■ |
| Androscoggin County Jail, ME | ■ | 08/14/2019 11:55:06 | 08/14/2019 11:59:40 | ■ |
| Androscoggin County Jail, ME | ■ | 08/14/2019 11:55:06 | 08/14/2019 11:59:40 | ■ |
| Androscoggin County Jail, ME | ■ | 08/15/2019 16:12:02 | 08/15/2019 16:28:03 | ■ |
| Androscoggin County Jail, ME | ■ | 08/15/2019 16:12:02 | 08/15/2019 16:28:03 | ■ |
| Androscoggin County Jail, ME | ■ | 08/20/2019 14:28:44 | 08/20/2019 14:31:14 | ■ |
| Androscoggin County Jail, ME | ■ | 08/20/2019 14:28:44 | 08/20/2019 14:31:14 | ■ |
| Androscoggin County Jail, ME | ■ | 08/21/2019 08:41:30 | 08/21/2019 08:58:40 | ■ |

Exh. A

| Facility | | Start | End | | |
|---|---|---|---|---|---|
| Androscoggin County Jail, ME | | 08/21/2019 08:41:30 | 08/21/2019 08:58:40 | | |
| Androscoggin County Jail, ME | | 08/22/2019 13:02:06 | 08/22/2019 13:06:08 | | |
| Androscoggin County Jail, ME | | 08/22/2019 13:02:06 | 08/22/2019 13:06:08 | | |
| Androscoggin County Jail, ME | | 08/23/2019 10:46:26 | 08/23/2019 10:47:38 | | |
| Androscoggin County Jail, ME | | 08/23/2019 10:46:26 | 08/23/2019 10:47:38 | | |
| Androscoggin County Jail, ME | | 08/26/2019 10:42:49 | 08/26/2019 10:47:22 | | |
| Androscoggin County Jail, ME | | 08/26/2019 10:42:49 | 08/26/2019 10:47:22 | | |
| Androscoggin County Jail, ME | | 08/26/2019 13:14:04 | 08/26/2019 13:15:52 | | |
| Androscoggin County Jail, ME | | 08/26/2019 13:14:04 | 08/26/2019 13:15:52 | | |
| Androscoggin County Jail, ME | | 08/26/2019 13:28:57 | 08/26/2019 13:30:23 | | |
| Androscoggin County Jail, ME | | 08/26/2019 13:28:57 | 08/26/2019 13:30:23 | | |
| Androscoggin County Jail, ME | | 08/27/2019 10:54:20 | 08/27/2019 10:57:50 | | |
| Androscoggin County Jail, ME | | 08/27/2019 10:54:20 | 08/27/2019 10:57:50 | | |
| Androscoggin County Jail, ME | | 08/28/2019 08:09:54 | 08/28/2019 08:14:16 | | |
| Androscoggin County Jail, ME | | 08/28/2019 08:09:54 | 08/28/2019 08:14:16 | | |
| Androscoggin County Jail, ME | | 08/30/2019 10:47:36 | 08/30/2019 10:52:59 | | |
| Androscoggin County Jail, ME | | 08/30/2019 10:47:36 | 08/30/2019 10:52:59 | | |
| Androscoggin County Jail, ME | | 08/30/2019 11:13:41 | 08/30/2019 11:19:58 | | |
| Androscoggin County Jail, ME | | 08/30/2019 11:13:41 | 08/30/2019 11:19:58 | | |
| Androscoggin County Jail, ME | | 09/09/2019 11:13:56 | 09/09/2019 11:17:57 | | A |
| Androscoggin County Jail, ME | | 09/09/2019 11:13:56 | 09/09/2019 11:17:57 | | A |
| Androscoggin County Jail, ME | | 09/12/2019 13:14:42 | 09/12/2019 13:16:00 | | |
| Androscoggin County Jail, ME | | 09/12/2019 13:14:42 | 09/12/2019 13:16:00 | | |
| Androscoggin County Jail, ME | | 10/04/2019 12:50:25 | 10/04/2019 13:00:22 | | |
| Androscoggin County Jail, ME | | 10/04/2019 12:50:25 | 10/04/2019 13:00:22 | | |
| Androscoggin County Jail, ME | | 10/21/2019 11:45:17 | 10/21/2019 11:47:11 | | |
| Androscoggin County Jail, ME | | 10/21/2019 11:45:17 | 10/21/2019 11:47:11 | | |
| Androscoggin County Jail, ME | | 10/22/2019 08:54:52 | 10/22/2019 08:57:30 | | |
| Androscoggin County Jail, ME | | 10/22/2019 08:54:52 | 10/22/2019 08:57:30 | | |
| Androscoggin County Jail, ME | | 10/22/2019 12:24:49 | 10/22/2019 12:25:53 | | |
| Androscoggin County Jail, ME | | 10/22/2019 12:24:49 | 10/22/2019 12:25:53 | | |
| Androscoggin County Jail, ME | | 10/23/2019 16:18:36 | 10/23/2019 16:20:04 | | |
| Androscoggin County Jail, ME | | 10/23/2019 16:18:36 | 10/23/2019 16:20:04 | | |
| Androscoggin County Jail, ME | | 10/28/2019 14:37:28 | 10/28/2019 14:43:32 | | |
| Androscoggin County Jail, ME | | 10/28/2019 14:37:28 | 10/28/2019 14:43:32 | | |

Exh. A

| Androscoggin County Jail, ME | | 10/31/2019 14:54:06 | 10/31/2019 14:55:20 | |
| --- | --- | --- | --- | --- |
| Androscoggin County Jail, ME | | 10/31/2019 14:54:06 | 10/31/2019 14:55:20 | |
| Androscoggin County Jail, ME | | 11/01/2019 16:36:34 | 11/01/2019 16:54:23 | |
| Androscoggin County Jail, ME | | 11/01/2019 16:36:34 | 11/01/2019 16:54:23 | |
| Androscoggin County Jail, ME | | 11/04/2019 13:37:39 | 11/04/2019 13:40:59 | |
| Androscoggin County Jail, ME | | 11/04/2019 13:37:39 | 11/04/2019 13:40:59 | |
| Androscoggin County Jail, ME | | 11/05/2019 09:27:26 | 11/05/2019 09:31:39 | |
| Androscoggin County Jail, ME | | 11/05/2019 09:27:26 | 11/05/2019 09:31:39 | |
| Androscoggin County Jail, ME | | 11/06/2019 11:29:29 | 11/06/2019 11:36:36 | |
| Androscoggin County Jail, ME | | 11/06/2019 11:29:29 | 11/06/2019 11:36:36 | |
| Androscoggin County Jail, ME | | 11/20/2019 12:12:31 | 11/20/2019 12:24:31 | |
| Androscoggin County Jail, ME | | 11/20/2019 12:12:31 | 11/20/2019 12:24:31 | |
| Androscoggin County Jail, ME | | 11/20/2019 14:29:44 | 11/20/2019 14:31:20 | |
| Androscoggin County Jail, ME | | 11/20/2019 14:29:44 | 11/20/2019 14:31:20 | |
| Androscoggin County Jail, ME | | 11/21/2019 13:58:14 | 11/21/2019 13:59:25 | |
| Androscoggin County Jail, ME | | 11/21/2019 13:58:14 | 11/21/2019 13:59:25 | |
| Androscoggin County Jail, ME | | 11/22/2019 09:54:03 | 11/22/2019 09:57:10 | |
| Androscoggin County Jail, ME | | 11/22/2019 09:54:03 | 11/22/2019 09:57:10 | |
| Androscoggin County Jail, ME | | 11/22/2019 13:38:50 | 11/22/2019 13:39:35 | |
| Androscoggin County Jail, ME | | 11/22/2019 13:38:50 | 11/22/2019 13:39:35 | |
| Androscoggin County Jail, ME | | 11/22/2019 14:37:07 | 11/22/2019 14:38:06 | |
| Androscoggin County Jail, ME | | 11/22/2019 14:37:07 | 11/22/2019 14:38:06 | |
| Androscoggin County Jail, ME | | 11/25/2019 08:40:08 | 11/25/2019 08:42:25 | |
| Androscoggin County Jail, ME | | 11/25/2019 08:40:08 | 11/25/2019 08:42:25 | |
| Androscoggin County Jail, ME | | 11/25/2019 10:25:17 | 11/25/2019 10:27:34 | |
| Androscoggin County Jail, ME | | 11/25/2019 10:25:17 | 11/25/2019 10:27:34 | |
| Androscoggin County Jail, ME | | 11/25/2019 16:01:10 | 11/25/2019 16:03:26 | |
| Androscoggin County Jail, ME | | 11/25/2019 16:01:10 | 11/25/2019 16:03:26 | |
| Androscoggin County Jail, ME | | 11/26/2019 08:07:52 | 11/26/2019 08:14:18 | |
| Androscoggin County Jail, ME | | 11/26/2019 08:07:52 | 11/26/2019 08:14:18 | |
| Androscoggin County Jail, ME | | 11/26/2019 11:06:45 | 11/26/2019 11:09:45 | |
| Androscoggin County Jail, ME | | 11/26/2019 11:06:45 | 11/26/2019 11:09:45 | |
| Androscoggin County Jail, ME | | 12/02/2019 09:58:50 | 12/02/2019 10:02:16 | |
| Androscoggin County Jail, ME | | 12/02/2019 09:58:50 | 12/02/2019 10:02:16 | |
| Androscoggin County Jail, ME | | 12/02/2019 10:05:29 | 12/02/2019 10:06:26 | |

Exh. A

| Androscoggin County Jail, ME | | 12/02/2019 10:05:29 | 12/02/2019 10:06:26 | |
|---|---|---|---|---|
| Androscoggin County Jail, ME | | 12/12/2019 10:49:24 | 12/12/2019 10:50:46 | |
| Androscoggin County Jail, ME | | 12/12/2019 10:49:24 | 12/12/2019 10:50:46 | |
| Androscoggin County Jail, ME | | 12/13/2019 09:19:16 | 12/13/2019 09:21:04 | |
| Androscoggin County Jail, ME | | 12/13/2019 09:19:16 | 12/13/2019 09:21:04 | |
| Androscoggin County Jail, ME | | 12/17/2019 10:05:45 | 12/17/2019 10:07:33 | |
| Androscoggin County Jail, ME | | 12/17/2019 10:05:45 | 12/17/2019 10:07:33 | |
| Androscoggin County Jail, ME | | 12/18/2019 10:45:31 | 12/18/2019 10:47:54 | |
| Androscoggin County Jail, ME | | 12/18/2019 10:45:31 | 12/18/2019 10:47:54 | |
| Androscoggin County Jail, ME | | 12/19/2019 12:58:08 | 12/19/2019 13:00:18 | |
| Androscoggin County Jail, ME | | 12/19/2019 12:58:08 | 12/19/2019 13:00:18 | |
| Androscoggin County Jail, ME | | 12/20/2019 10:31:19 | 12/20/2019 10:33:44 | |
| Androscoggin County Jail, ME | | 12/20/2019 10:31:19 | 12/20/2019 10:33:44 | |
| Androscoggin County Jail, ME | | 12/20/2019 10:33:36 | 12/20/2019 10:35:25 | |
| Androscoggin County Jail, ME | | 12/20/2019 10:33:36 | 12/20/2019 10:35:25 | |
| Androscoggin County Jail, ME | | 12/23/2019 08:30:19 | 12/23/2019 08:31:07 | |
| Androscoggin County Jail, ME | | 12/23/2019 08:30:19 | 12/23/2019 08:31:07 | |
| Androscoggin County Jail, ME | | 12/23/2019 09:55:36 | 12/23/2019 10:00:27 | |
| Androscoggin County Jail, ME | | 12/23/2019 09:55:36 | 12/23/2019 10:00:27 | |
| Androscoggin County Jail, ME | | 12/24/2019 09:14:44 | 12/24/2019 09:18:52 | |
| Androscoggin County Jail, ME | | 12/24/2019 09:14:44 | 12/24/2019 09:18:52 | |
| Androscoggin County Jail, ME | | 12/26/2019 09:56:39 | 12/26/2019 09:59:27 | |
| Androscoggin County Jail, ME | | 12/26/2019 09:56:39 | 12/26/2019 09:59:27 | |
| Androscoggin County Jail, ME | | 12/27/2019 08:27:23 | 12/27/2019 08:30:39 | |
| Androscoggin County Jail, ME | | 12/27/2019 08:27:23 | 12/27/2019 08:30:39 | |
| Androscoggin County Jail, ME | | 12/27/2019 09:07:57 | 12/27/2019 09:10:15 | |
| Androscoggin County Jail, ME | | 12/27/2019 09:07:57 | 12/27/2019 09:10:15 | |
| Androscoggin County Jail, ME | | 12/30/2019 09:18:22 | 12/30/2019 09:21:46 | |
| Androscoggin County Jail, ME | | 12/30/2019 09:18:22 | 12/30/2019 09:21:46 | |
| Androscoggin County Jail, ME | | 12/30/2019 14:01:35 | 12/30/2019 14:03:18 | |
| Androscoggin County Jail, ME | | 12/30/2019 14:01:35 | 12/30/2019 14:03:18 | |
| Androscoggin County Jail, ME | | 12/30/2019 14:05:00 | 12/30/2019 14:08:32 | |
| Androscoggin County Jail, ME | | 12/30/2019 14:05:00 | 12/30/2019 14:08:32 | |
| Androscoggin County Jail, ME | | 01/06/2020 11:25:56 | 01/06/2020 11:30:12 | |
| Androscoggin County Jail, ME | | 01/06/2020 11:25:56 | 01/06/2020 11:30:12 | |

Exh. A

| Androscoggin County Jail, ME | ■ | 01/06/2020 12:08:42 | 01/06/2020 12:09:46 | ■ |
|---|---|---|---|---|
| Androscoggin County Jail, ME | ■ | 01/06/2020 12:08:42 | 01/06/2020 12:09:46 | ■ |
| Androscoggin County Jail, ME | ■ | 01/23/2020 11:41:14 | 01/23/2020 11:43:08 | ■ |
| Androscoggin County Jail, ME | ■ | 01/23/2020 11:41:14 | 01/23/2020 11:43:08 | ■ |
| Androscoggin County Jail, ME | ■ | 01/30/2020 11:04:55 | 01/30/2020 11:06:28 | ■ |
| Androscoggin County Jail, ME | ■ | 01/30/2020 11:04:55 | 01/30/2020 11:06:28 | ■ |
| Androscoggin County Jail, ME | ■ | 02/03/2020 10:53:51 | 02/03/2020 10:57:02 | ■ |
| Androscoggin County Jail, ME | ■ | 02/03/2020 10:53:51 | 02/03/2020 10:57:02 | ■ |
| Androscoggin County Jail, ME | ■ | 03/04/2020 16:18:26 | 03/04/2020 16:25:08 | ■ |
| Androscoggin County Jail, ME | ■ | 03/04/2020 16:18:26 | 03/04/2020 16:25:08 | ■ |
| Androscoggin County Jail, ME | ■ | 03/10/2020 09:58:32 | 03/10/2020 10:00:05 | ■ |
| Androscoggin County Jail, ME | ■ | 03/10/2020 09:58:32 | 03/10/2020 10:00:05 | ■ |
| Androscoggin County Jail, ME | ■ | 03/11/2020 12:02:26 | 03/11/2020 12:06:40 | ■ |
| Androscoggin County Jail, ME | ■ | 03/11/2020 12:02:26 | 03/11/2020 12:06:40 | ■ |
| Androscoggin County Jail, ME | ■ | 03/19/2020 15:24:23 | 03/19/2020 15:25:23 | ■ |
| Androscoggin County Jail, ME | ■ | 03/19/2020 15:24:23 | 03/19/2020 15:25:23 | ■ |
| Androscoggin County Jail, ME | ■ | 03/20/2020 11:00:16 | 03/20/2020 11:02:13 | ■ |
| Androscoggin County Jail, ME | ■ | 03/20/2020 11:00:16 | 03/20/2020 11:02:13 | ■ |
| Androscoggin County Jail, ME | ■ | 03/23/2020 10:46:39 | 03/23/2020 10:53:03 | ■ |
| Androscoggin County Jail, ME | ■ | 03/23/2020 10:46:39 | 03/23/2020 10:53:03 | ■ |
| Androscoggin County Jail, ME | ■ | 03/23/2020 13:07:43 | 03/23/2020 13:19:43 | ■ |
| Androscoggin County Jail, ME | ■ | 03/23/2020 13:07:43 | 03/23/2020 13:19:43 | ■ |
| Androscoggin County Jail, ME | ■ | 03/24/2020 09:30:31 | 03/24/2020 09:31:38 | ■ |
| Androscoggin County Jail, ME | ■ | 03/24/2020 09:30:31 | 03/24/2020 09:31:38 | ■ |
| Androscoggin County Jail, ME | ■ | 03/25/2020 09:24:37 | 03/25/2020 09:25:41 | ■ |
| Androscoggin County Jail, ME | ■ | 03/25/2020 09:24:37 | 03/25/2020 09:25:41 | ■ |
| Androscoggin County Jail, ME | ■ | 03/26/2020 10:08:41 | 03/26/2020 10:13:15 | ■ |
| Androscoggin County Jail, ME | ■ | 03/26/2020 10:08:41 | 03/26/2020 10:13:15 | ■ |
| Androscoggin County Jail, ME | ■ | 03/30/2020 10:09:22 | 03/30/2020 10:10:18 | ■ |
| Androscoggin County Jail, ME | ■ | 03/30/2020 10:09:22 | 03/30/2020 10:10:18 | ■ |
| Androscoggin County Jail, ME | ■ | 03/31/2020 11:41:17 | 03/31/2020 11:41:38 | ■ |
| Androscoggin County Jail, ME | ■ | 03/31/2020 11:41:17 | 03/31/2020 11:41:38 | ■ |
| Androscoggin County Jail, ME | ■ | 04/01/2020 12:02:20 | 04/01/2020 12:03:15 | ■ |
| Androscoggin County Jail, ME | ■ | 04/01/2020 12:02:20 | 04/01/2020 12:03:15 | ■ |
| Androscoggin County Jail, ME | ■ | 04/02/2020 11:27:24 | 04/02/2020 11:28:26 | ■ |

Exh. A

| Facility | | Start | End | |
|---|---|---|---|---|
| Androscoggin County Jail, ME | ■ | 04/02/2020 11:27:24 | 04/02/2020 11:28:26 | ■ |
| Androscoggin County Jail, ME | ■ | 04/03/2020 10:30:44 | 04/03/2020 10:31:09 | ■ |
| Androscoggin County Jail, ME | ■ | 04/03/2020 10:30:44 | 04/03/2020 10:31:09 | ■ |
| Androscoggin County Jail, ME | ■ | 04/06/2020 12:13:13 | 04/06/2020 12:15:07 | ■ |
| Androscoggin County Jail, ME | ■ | 04/06/2020 12:13:13 | 04/06/2020 12:15:07 | ■ |
| Androscoggin County Jail, ME | ■ | 04/07/2020 10:11:52 | 04/07/2020 10:12:38 | ■ |
| Androscoggin County Jail, ME | ■ | 04/07/2020 10:11:52 | 04/07/2020 10:12:38 | ■ |
| Androscoggin County Jail, ME | ■ | 04/07/2020 10:21:32 | 04/07/2020 10:22:58 | ■ |
| Androscoggin County Jail, ME | ■ | 04/07/2020 10:21:32 | 04/07/2020 10:22:58 | ■ |
| Androscoggin County Jail, ME | ■ | 07/30/2019 15:00:28 | 07/30/2019 15:03:21 | ■ |
| Androscoggin County Jail, ME | ■ | 08/07/2019 12:09:41 | 08/07/2019 12:20:44 | ■ |
| Androscoggin County Jail, ME | ■ | 08/19/2019 16:19:51 | 08/19/2019 16:34:30 | ■ |
| Androscoggin County Jail, ME | ■ | 08/29/2019 13:17:13 | 08/29/2019 13:32:11 | ■ |
| Androscoggin County Jail, ME | ■ | 09/11/2019 16:33:50 | 09/11/2019 16:48:37 | ■ |
| Androscoggin County Jail, ME | ■ | 09/20/2019 11:37:48 | 09/20/2019 11:52:36 | ■ |
| Androscoggin County Jail, ME | ■ | 09/24/2019 15:32:12 | 09/24/2019 15:47:16 | ■ |
| Androscoggin County Jail, ME | ■ | 09/30/2019 13:14:01 | 09/30/2019 13:29:05 | ■ |
| Androscoggin County Jail, ME | ■ | 10/08/2019 12:36:15 | 10/08/2019 12:51:20 | ■ |
| Androscoggin County Jail, ME | ■ | 10/10/2019 16:02:11 | 10/10/2019 16:17:08 | ■ |
| Androscoggin County Jail, ME | ■ | 10/21/2019 16:23:32 | 10/21/2019 16:36:42 | ■ |
| Androscoggin County Jail, ME | ■ | 11/06/2019 08:33:39 | 11/06/2019 08:36:37 | ■ |
| Androscoggin County Jail, ME | ■ | 11/13/2019 16:34:11 | 11/13/2019 16:36:06 | ■ |
| Androscoggin County Jail, ME | ■ | 11/14/2019 10:34:06 | 11/14/2019 10:48:57 | ■ |
| Androscoggin County Jail, ME | ■ | 11/22/2019 17:11:56 | 11/22/2019 17:26:46 | ■ |
| Androscoggin County Jail, ME | ■ | 11/25/2019 17:31:11 | 11/25/2019 17:45:47 | ■ |
| Androscoggin County Jail, ME | ■ | 12/19/2019 15:16:51 | 12/19/2019 15:31:55 | ■ |
| Androscoggin County Jail, ME | ■ | 12/20/2019 11:42:40 | 12/20/2019 11:57:31 | ■ |
| Androscoggin County Jail, ME | ■ | 01/02/2020 15:29:18 | 01/02/2020 15:44:21 | ■ |
| Androscoggin County Jail, ME | ■ | 01/08/2020 17:16:48 | 01/08/2020 17:31:53 | ■ |
| Androscoggin County Jail, ME | ■ | 06/10/2019 12:21:52 | 06/10/2019 12:24:04 | ■ |
| Androscoggin County Jail, ME | ■ | 08/05/2019 10:46:10 | 08/05/2019 10:48:53 | ■ |
| Androscoggin County Jail, ME | ■ | 12/12/2019 16:33:47 | 12/12/2019 16:39:06 | ■ |
| Androscoggin County Jail, ME | ■ | 12/17/2019 13:59:34 | 12/17/2019 14:02:18 | ■ |
| Androscoggin County Jail, ME | ■ | 01/02/2020 09:57:07 | 01/02/2020 09:58:07 | ■ |
| Androscoggin County Jail, ME | ■ | 03/19/2020 14:53:32 | 03/19/2020 14:56:57 | ■ |

Exh. A

| Androscoggin County Jail, ME | ■ | 03/19/2020 16:31:33 | 03/19/2020 16:36:51 | ■ |
|---|---|---|---|---|
| Androscoggin County Jail, ME | ■ | 03/24/2020 11:34:32 | 03/24/2020 11:37:54 | ■ |
| Androscoggin County Jail, ME | ■ | 03/24/2020 11:42:03 | 03/24/2020 11:45:28 | ■ |
| Androscoggin County Jail, ME | ■ | 03/24/2020 12:06:07 | 03/24/2020 12:09:07 | ■ |
| Androscoggin County Jail, ME | ■ | 03/26/2020 15:52:55 | 03/26/2020 15:55:50 | ■ |
| Androscoggin County Jail, ME | ■ | 04/01/2020 13:05:47 | 04/01/2020 13:09:57 | ■ |
| Androscoggin County Jail, ME | ■ | 04/07/2020 09:49:11 | 04/07/2020 09:49:44 | ■ |
| Androscoggin County Jail, ME | ■ | 04/07/2020 11:45:42 | 04/07/2020 11:49:36 | ■ |
| Androscoggin County Jail, ME | ■ | 07/23/2019 09:41:53 | 07/23/2019 09:44:07 | ■ |
| Androscoggin County Jail, ME | ■ | 07/26/2019 15:53:26 | 07/26/2019 15:53:55 | ■ |
| Androscoggin County Jail, ME | ■ | 08/05/2019 14:12:48 | 08/05/2019 14:14:11 | ■ |
| Androscoggin County Jail, ME | ■ | 10/18/2019 11:32:49 | 10/18/2019 11:35:39 | ■ |
| Androscoggin County Jail, ME | ■ | 12/11/2019 14:05:30 | 12/11/2019 14:16:16 | ■ |
| Androscoggin County Jail, ME | ■ | 01/11/2020 11:20:46 | 01/11/2020 11:21:14 | ■ |
| Androscoggin County Jail, ME | ■ | 09/09/2019 17:06:24 | 09/09/2019 17:08:09 | ■ |
| Androscoggin County Jail, ME | ■ | 09/12/2019 15:40:23 | 09/12/2019 15:45:44 | ■ |
| Androscoggin County Jail, ME | ■ | 10/10/2019 18:47:18 | 10/10/2019 18:47:58 | ■ |
| Androscoggin County Jail, ME | ■ | 10/18/2019 19:23:42 | 10/18/2019 19:30:08 | ■ |
| Androscoggin County Jail, ME | ■ | 10/29/2019 09:20:05 | 10/29/2019 09:23:35 | ■ |
| Androscoggin County Jail, ME | ■ | 11/01/2019 09:24:24 | 11/01/2019 09:28:16 | ■ |
| Androscoggin County Jail, ME | ■ | 11/16/2019 14:14:07 | 11/16/2019 14:16:25 | ■ |
| Androscoggin County Jail, ME | ■ | 11/19/2019 14:41:37 | 11/19/2019 14:44:13 | ■ |
| Androscoggin County Jail, ME | ■ | 11/27/2019 19:29:59 | 11/27/2019 19:38:58 | ■ |
| Androscoggin County Jail, ME | ■ | 11/29/2019 09:57:27 | 11/29/2019 09:59:54 | ■ |
| Androscoggin County Jail, ME | ■ | 12/02/2019 17:47:31 | 12/02/2019 17:47:47 | ■ |
| Androscoggin County Jail, ME | ■ | 12/02/2019 17:50:49 | 12/02/2019 17:56:26 | ■ |
| Androscoggin County Jail, ME | ■ | 12/07/2019 19:24:05 | 12/07/2019 19:30:11 | ■ |
| Androscoggin County Jail, ME | ■ | 12/11/2019 16:56:27 | 12/11/2019 16:58:13 | ■ |
| Androscoggin County Jail, ME | ■ | 12/20/2019 12:34:58 | 12/20/2019 12:41:22 | ■ |
| Androscoggin County Jail, ME | ■ | 06/04/2019 10:10:33 | 06/04/2019 10:11:53 | ■ |
| Androscoggin County Jail, ME | ■ | 06/11/2019 10:46:14 | 06/11/2019 10:48:24 | ■ |
| Androscoggin County Jail, ME | ■ | 06/13/2019 09:33:05 | 06/13/2019 09:35:51 | ■ |
| Androscoggin County Jail, ME | ■ | 07/17/2019 09:30:29 | 07/17/2019 09:37:50 | ■ |
| Androscoggin County Jail, ME | ■ | 07/18/2019 09:37:23 | 07/18/2019 09:44:26 | ■ |
| Androscoggin County Jail, ME | ■ | 07/19/2019 09:46:44 | 07/19/2019 09:51:32 | ■ |

Exh. A

| Androscoggin County Jail, ME | | 07/24/2019 09:48:07 | 07/24/2019 09:49:54 | |
|---|---|---|---|---|
| Androscoggin County Jail, ME | | 07/25/2019 09:35:43 | 07/25/2019 09:36:59 | |
| Androscoggin County Jail, ME | | 07/29/2019 09:32:25 | 07/29/2019 09:36:35 | |
| Androscoggin County Jail, ME | | 08/01/2019 10:30:27 | 08/01/2019 10:32:53 | |
| Androscoggin County Jail, ME | | 08/21/2019 10:41:03 | 08/21/2019 10:42:59 | |
| Androscoggin County Jail, ME | | 08/30/2019 08:45:33 | 08/30/2019 08:49:42 | |
| Androscoggin County Jail, ME | | 08/30/2019 09:31:35 | 08/30/2019 09:34:24 | |
| Androscoggin County Jail, ME | | 09/06/2019 10:25:12 | 09/06/2019 10:25:56 | |
| Androscoggin County Jail, ME | | 09/19/2019 10:36:08 | 09/19/2019 10:37:51 | |
| Androscoggin County Jail, ME | | 09/30/2019 10:08:05 | 09/30/2019 10:08:42 | |
| Androscoggin County Jail, ME | | 11/26/2019 12:02:04 | 11/26/2019 12:03:51 | |
| Androscoggin County Jail, ME | | 03/17/2020 10:33:26 | 03/17/2020 10:48:04 | |
| Androscoggin County Jail, ME | | 03/20/2020 09:39:09 | 03/20/2020 09:41:52 | |
| Androscoggin County Jail, ME | | 03/24/2020 10:39:01 | 03/24/2020 10:40:27 | |
| Androscoggin County Jail, ME | | 04/01/2020 10:20:04 | 04/01/2020 10:23:11 | |
| Androscoggin County Jail, ME | | 04/02/2020 10:35:16 | 04/02/2020 10:43:08 | |
| Androscoggin County Jail, ME | | 04/06/2020 14:49:16 | 04/06/2020 14:54:58 | |
| Androscoggin County Jail, ME | | 04/08/2020 10:27:14 | 04/08/2020 10:28:49 | |
| Androscoggin County Jail, ME | | 04/10/2020 10:16:24 | 04/10/2020 10:20:11 | |
| Androscoggin County Jail, ME | | 04/10/2020 11:25:15 | 04/10/2020 11:28:24 | |
| Androscoggin County Jail, ME | | 04/16/2020 11:36:33 | 04/16/2020 11:37:27 | |
| Androscoggin County Jail, ME | | 04/28/2020 13:25:42 | 04/28/2020 13:29:12 | |
| Androscoggin County Jail, ME | | 05/07/2020 08:23:46 | 05/07/2020 08:26:22 | |