# Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|------------|----------|--------|
| Aroostook County Jail | | 07/01/2019 11:44:16 | 07/01/2019 11:46:36 | |
| Aroostook County Jail | | 07/01/2019 11:44:16 | 07/01/2019 11:46:36 | |
| Aroostook County Jail | | 07/01/2019 11:44:16 | 07/01/2019 11:46:36 | |
| Aroostook County Jail | | 07/17/2019 13:07:25 | 07/17/2019 13:10:32 | |
| Aroostook County Jail | | 07/17/2019 13:07:25 | 07/17/2019 13:10:32 | |
| Aroostook County Jail | | 07/17/2019 13:07:25 | 07/17/2019 13:10:32 | |
| Aroostook County Jail | | 07/02/2019 10:58:03 | 07/02/2019 11:05:19 | |
| Aroostook County Jail | | 07/02/2019 10:58:03 | 07/02/2019 11:05:19 | |
| Aroostook County Jail | | 07/10/2019 14:17:25 | 07/10/2019 14:24:08 | |
| Aroostook County Jail | | 07/10/2019 14:17:25 | 07/10/2019 14:24:08 | |
| Aroostook County Jail | | 07/12/2019 09:25:14 | 07/12/2019 09:27:04 | |
| Aroostook County Jail | | 07/12/2019 09:25:14 | 07/12/2019 09:27:04 | |
| Aroostook County Jail | | 07/17/2019 16:33:01 | 07/17/2019 16:35:30 | |
| Aroostook County Jail | | 07/17/2019 16:33:01 | 07/17/2019 16:35:30 | |
| Aroostook County Jail | | 07/17/2019 16:53:07 | 07/17/2019 17:07:10 | |
| Aroostook County Jail | | 07/17/2019 16:53:07 | 07/17/2019 17:07:10 | |
| Aroostook County Jail | | 07/18/2019 14:59:54 | 07/18/2019 15:00:13 | |
| Aroostook County Jail | | 07/18/2019 14:59:54 | 07/18/2019 15:00:13 | |
| Aroostook County Jail | | 07/19/2019 09:09:14 | 07/19/2019 09:11:17 | |
| Aroostook County Jail | | 07/19/2019 09:09:14 | 07/19/2019 09:11:17 | |
| Aroostook County Jail | | 07/23/2019 14:03:54 | 07/23/2019 14:05:51 | |
| Aroostook County Jail | | 07/23/2019 14:03:54 | 07/23/2019 14:05:51 | |
| Aroostook County Jail | | 03/10/2020 09:55:45 | 03/10/2020 09:58:49 | |
| Aroostook County Jail | | 03/18/2020 12:50:17 | 03/18/2020 12:51:36 | |
| Aroostook County Jail | | 03/19/2020 07:43:16 | 03/19/2020 07:44:57 | |
| Aroostook County Jail | | 03/26/2020 08:05:56 | 03/26/2020 08:09:57 | |
| Aroostook County Jail | | 04/02/2020 08:57:40 | 04/02/2020 08:59:16 | |
| Aroostook County Jail | | 04/03/2020 09:04:53 | 04/03/2020 09:07:58 | |
| Aroostook County Jail | | 04/03/2020 13:20:29 | 04/03/2020 13:23:20 | |
| Aroostook County Jail | | 04/06/2020 09:13:01 | 04/06/2020 09:14:23 | |
| Aroostook County Jail | | 04/06/2020 12:40:32 | 04/06/2020 12:41:23 | |
| Aroostook County Jail | | 04/07/2020 08:37:06 | 04/07/2020 08:39:19 | |
| Aroostook County Jail | | 04/09/2020 09:58:29 | 04/09/2020 10:02:29 | |
| Aroostook County Jail | | 04/09/2020 14:33:18 | 04/09/2020 14:35:47 | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|---|---|---|---|---|
| Aroostook County Jail | | 04/10/2020 16:41:29 | 04/10/2020 16:50:53 | |
| Aroostook County Jail | | 04/13/2020 09:45:26 | 04/13/2020 09:46:17 | |
| Aroostook County Jail | | 04/13/2020 15:47:05 | 04/13/2020 15:48:52 | |
| Aroostook County Jail | | 04/14/2020 08:30:28 | 04/14/2020 08:31:23 | |
| Aroostook County Jail | | 04/15/2020 15:33:35 | 04/15/2020 15:37:16 | |
| Aroostook County Jail | | 04/16/2020 10:07:39 | 04/16/2020 10:10:18 | |
| Aroostook County Jail | | 04/20/2020 11:12:50 | 04/20/2020 11:15:36 | |
| Aroostook County Jail | | 04/24/2020 10:07:08 | 04/24/2020 10:11:57 | |
| Aroostook County Jail | | 04/24/2020 12:50:58 | 04/24/2020 12:53:37 | |
| Aroostook County Jail | | 04/28/2020 08:29:41 | 04/28/2020 08:33:01 | |
| Aroostook County Jail | | 04/30/2020 09:13:56 | 04/30/2020 09:15:08 | |
| Aroostook County Jail | | 05/04/2020 08:10:59 | 05/04/2020 08:14:21 | |
| Aroostook County Jail | | 05/05/2020 13:16:44 | 05/05/2020 13:19:25 | |
| Aroostook County Jail | | 05/08/2020 09:32:56 | 05/08/2020 09:38:36 | |
| Aroostook County Jail | | 05/13/2020 11:16:31 | 05/13/2020 11:19:09 | |
| Aroostook County Jail | | 09/09/2019 08:29:31 | 09/09/2019 08:30:59 | |
| Aroostook County Jail | | 09/09/2019 08:29:31 | 09/09/2019 08:30:59 | |
| Aroostook County Jail | | 09/09/2019 08:29:31 | 09/09/2019 08:30:59 | |
| Aroostook County Jail | | 09/25/2019 09:40:20 | 09/25/2019 09:41:55 | |
| Aroostook County Jail | | 09/25/2019 09:40:20 | 09/25/2019 09:41:55 | |
| Aroostook County Jail | | 09/25/2019 09:40:20 | 09/25/2019 09:41:55 | |
| Aroostook County Jail | | 09/25/2019 14:02:58 | 09/25/2019 14:05:00 | |
| Aroostook County Jail | | 09/25/2019 14:02:58 | 09/25/2019 14:05:00 | |
| Aroostook County Jail | | 09/25/2019 14:02:58 | 09/25/2019 14:05:00 | |
| Aroostook County Jail | | 09/26/2019 14:28:48 | 09/26/2019 14:31:07 | |
| Aroostook County Jail | | 09/26/2019 14:28:48 | 09/26/2019 14:31:07 | |
| Aroostook County Jail | | 09/26/2019 14:28:48 | 09/26/2019 14:31:07 | |
| Aroostook County Jail | | 09/30/2019 09:28:35 | 09/30/2019 09:30:21 | |
| Aroostook County Jail | | 09/30/2019 09:28:35 | 09/30/2019 09:30:21 | |
| Aroostook County Jail | | 09/30/2019 09:28:35 | 09/30/2019 09:30:21 | |
| Aroostook County Jail | | 09/30/2019 14:01:38 | 09/30/2019 14:02:13 | |
| Aroostook County Jail | | 09/30/2019 14:01:38 | 09/30/2019 14:02:13 | |
| Aroostook County Jail | | 09/30/2019 14:01:38 | 09/30/2019 14:02:13 | |
| Aroostook County Jail | | 10/01/2019 12:30:14 | 10/01/2019 12:31:17 | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|------------|----------|--------|
| Aroostook County Jail | | 10/01/2019 12:30:14 | 10/01/2019 12:31:17 | |
| Aroostook County Jail | | 10/01/2019 12:30:14 | 10/01/2019 12:31:17 | |
| Aroostook County Jail | | 10/03/2019 11:11:36 | 10/03/2019 11:12:48 | |
| Aroostook County Jail | | 10/03/2019 11:11:36 | 10/03/2019 11:12:48 | |
| Aroostook County Jail | | 10/03/2019 11:11:36 | 10/03/2019 11:12:48 | |
| Aroostook County Jail | | 09/26/2019 15:35:26 | 09/26/2019 15:38:58 | |
| Aroostook County Jail | | 09/26/2019 15:35:26 | 09/26/2019 15:38:58 | |
| Aroostook County Jail | | 09/28/2019 15:47:38 | 09/28/2019 15:49:17 | |
| Aroostook County Jail | | 09/28/2019 15:47:38 | 09/28/2019 15:49:17 | |
| Aroostook County Jail | | 10/12/2019 17:34:41 | 10/12/2019 17:38:25 | |
| Aroostook County Jail | | 10/12/2019 17:34:41 | 10/12/2019 17:38:25 | |
| Aroostook County Jail | | 10/28/2019 10:50:51 | 10/28/2019 10:54:23 | |
| Aroostook County Jail | | 10/28/2019 10:50:51 | 10/28/2019 10:54:23 | |
| Aroostook County Jail | | 11/12/2019 13:43:17 | 11/12/2019 13:46:45 | |
| Aroostook County Jail | | 11/12/2019 13:43:17 | 11/12/2019 13:46:45 | |
| Aroostook County Jail | | 02/10/2020 15:08:33 | 02/10/2020 15:10:56 | |
| Aroostook County Jail | | 03/19/2020 11:48:03 | 03/19/2020 11:55:43 | |
| Aroostook County Jail | | 04/08/2020 15:36:37 | 04/08/2020 15:44:00 | |
| Aroostook County Jail | | 06/13/2019 08:58:58 | 06/13/2019 08:59:48 | |
| Aroostook County Jail | | 06/17/2019 14:52:14 | 06/17/2019 14:53:14 | |
| Aroostook County Jail | | 06/20/2019 14:31:21 | 06/20/2019 14:35:27 | |
| Aroostook County Jail | | 06/24/2019 15:01:02 | 06/24/2019 15:05:10 | |
| Aroostook County Jail | | 06/26/2019 14:00:25 | 06/26/2019 14:08:00 | |
| Aroostook County Jail | | 06/28/2019 13:33:44 | 06/28/2019 13:36:49 | |
| Aroostook County Jail | | 07/01/2019 08:34:34 | 07/01/2019 08:35:40 | |
| Aroostook County Jail | | 07/02/2019 08:30:10 | 07/02/2019 08:30:39 | |
| Aroostook County Jail | | 08/07/2019 13:36:23 | 08/07/2019 13:38:46 | |
| Aroostook County Jail | | 08/19/2019 14:43:27 | 08/19/2019 14:44:09 | |
| Aroostook County Jail | | 08/21/2019 07:31:50 | 08/21/2019 07:32:34 | |
| Aroostook County Jail | | 09/03/2019 15:07:38 | 09/03/2019 15:08:43 | |
| Aroostook County Jail | | 09/04/2019 15:47:50 | 09/04/2019 15:49:36 | |
| Aroostook County Jail | | 09/09/2019 16:06:48 | 09/09/2019 16:10:22 | |
| Aroostook County Jail | | 09/12/2019 07:37:58 | 09/12/2019 07:39:47 | |
| Aroostook County Jail | | 09/12/2019 15:04:12 | 09/12/2019 15:07:14 | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|------------|----------|--------|
| Aroostook County Jail | | 09/16/2019 14:46:02 | 09/16/2019 14:47:32 | |
| Aroostook County Jail | | 10/02/2019 10:29:18 | 10/02/2019 10:31:52 | |
| Aroostook County Jail | | 10/29/2019 14:57:21 | 10/29/2019 14:58:55 | |
| Aroostook County Jail | | 11/01/2019 15:05:13 | 11/01/2019 15:07:15 | |
| Aroostook County Jail | | 12/17/2019 13:48:48 | 12/17/2019 13:50:56 | |
| Aroostook County Jail | | 12/20/2019 13:39:42 | 12/20/2019 13:42:54 | |
| Aroostook County Jail | | 12/26/2019 07:25:47 | 12/26/2019 07:27:54 | |
| Aroostook County Jail | | 12/27/2019 09:08:22 | 12/27/2019 09:09:54 | |
| Aroostook County Jail | | 12/30/2019 08:12:44 | 12/30/2019 08:14:13 | |
| Aroostook County Jail | | 01/02/2020 14:44:22 | 01/02/2020 14:45:36 | |
| Aroostook County Jail | | 01/07/2020 08:18:04 | 01/07/2020 08:21:32 | |
| Aroostook County Jail | | 01/07/2020 15:45:59 | 01/07/2020 15:49:37 | |
| Aroostook County Jail | | 01/10/2020 14:24:54 | 01/10/2020 14:27:16 | |
| Aroostook County Jail | | 01/28/2020 15:25:58 | 01/28/2020 15:27:34 | |
| Aroostook County Jail | | 02/05/2020 09:46:04 | 02/05/2020 09:48:19 | |
| Aroostook County Jail | | 02/06/2020 08:56:18 | 02/06/2020 08:58:24 | |
| Aroostook County Jail | | 02/18/2020 15:29:25 | 02/18/2020 15:31:12 | |
| Aroostook County Jail | | 02/21/2020 14:04:20 | 02/21/2020 14:06:00 | |
| Aroostook County Jail | | 02/28/2020 14:47:51 | 02/28/2020 14:48:21 | |
| Aroostook County Jail | | 03/18/2020 15:12:49 | 03/18/2020 15:15:31 | |
| Aroostook County Jail | | 03/20/2020 12:21:27 | 03/20/2020 12:23:51 | |
| Aroostook County Jail | | 03/27/2020 13:55:54 | 03/27/2020 13:59:28 | |
| Aroostook County Jail | | 04/14/2020 14:02:56 | 04/14/2020 14:04:50 | |
| Aroostook County Jail | | 04/24/2020 14:04:38 | 04/24/2020 14:06:56 | |
| Aroostook County Jail | | 04/27/2020 14:54:15 | 04/27/2020 14:56:52 | |
| Aroostook County Jail | | 01/17/2020 09:04:00 | 01/17/2020 09:11:59 | |
| Aroostook County Jail | | 01/17/2020 16:01:08 | 01/17/2020 16:02:20 | |
| Aroostook County Jail | | 01/21/2020 13:34:48 | 01/21/2020 13:41:47 | |
| Aroostook County Jail | | 01/21/2020 13:42:53 | 01/21/2020 13:57:30 | |
| Aroostook County Jail | | 01/23/2020 13:49:25 | 01/23/2020 13:49:58 | |
| Aroostook County Jail | | 01/24/2020 09:05:40 | 01/24/2020 09:15:19 | |
| Aroostook County Jail | | 01/27/2020 11:26:34 | 01/27/2020 11:27:05 | |
| Aroostook County Jail | | 01/27/2020 15:13:54 | 01/27/2020 15:21:00 | |
| Aroostook County Jail | | 01/28/2020 15:13:07 | 01/28/2020 15:23:25 | |

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|-----------|----------|--------|
| Aroostook County Jail | | 01/31/2020 10:38:48 | 01/31/2020 10:48:03 | |
| Aroostook County Jail | | 02/03/2020 11:02:52 | 02/03/2020 11:07:24 | |
| Aroostook County Jail | | 02/10/2020 09:15:56 | 02/10/2020 09:22:58 | |
| Aroostook County Jail | | 02/10/2020 15:05:03 | 02/10/2020 15:05:42 | |
| Aroostook County Jail | | 02/10/2020 15:33:16 | 02/10/2020 15:33:43 | |
| Aroostook County Jail | | 02/11/2020 11:40:22 | 02/11/2020 11:51:00 | |
| Aroostook County Jail | | 02/12/2020 09:26:18 | 02/12/2020 09:30:15 | |
| Aroostook County Jail | | 02/13/2020 11:48:04 | 02/13/2020 11:50:19 | |
| Aroostook County Jail | | 02/19/2020 14:02:37 | 02/19/2020 14:02:58 | |
| Aroostook County Jail | | 02/19/2020 15:05:25 | 02/19/2020 15:06:17 | |
| Aroostook County Jail | | 02/24/2020 11:37:41 | 02/24/2020 11:42:55 | |
| Aroostook County Jail | | 02/26/2020 15:26:56 | 02/26/2020 15:37:07 | |
| Aroostook County Jail | | 02/28/2020 16:05:39 | 02/28/2020 16:06:23 | |
| Aroostook County Jail | | 03/02/2020 16:18:55 | 03/02/2020 16:20:38 | |
| Aroostook County Jail | | 03/04/2020 16:12:54 | 03/04/2020 16:27:18 | |
| Aroostook County Jail | | 03/16/2020 10:46:56 | 03/16/2020 10:57:08 | |
| Aroostook County Jail | | 03/18/2020 11:10:31 | 03/18/2020 11:17:34 | |
| Aroostook County Jail | | 03/19/2020 11:43:13 | 03/19/2020 11:48:13 | |
| Aroostook County Jail | | 03/19/2020 15:47:42 | 03/19/2020 16:02:35 | |
| Aroostook County Jail | | 03/23/2020 15:33:43 | 03/23/2020 15:47:06 | |
| Aroostook County Jail | | 03/24/2020 16:04:28 | 03/24/2020 16:11:43 | |
| Aroostook County Jail | | 03/25/2020 14:36:07 | 03/25/2020 14:36:24 | |
| Aroostook County Jail | | 03/25/2020 16:22:05 | 03/25/2020 16:30:19 | |
| Aroostook County Jail | | 03/31/2020 13:44:58 | 03/31/2020 13:59:58 | |
| Aroostook County Jail | | 04/01/2020 11:54:09 | 04/01/2020 11:59:17 | |
| Aroostook County Jail | | 04/03/2020 11:08:44 | 04/03/2020 11:15:48 | |
| Aroostook County Jail | | 04/03/2020 13:36:48 | 04/03/2020 13:41:06 | |
| Aroostook County Jail | | 04/06/2020 11:03:32 | 04/06/2020 11:03:50 | |
| Aroostook County Jail | | 04/06/2020 13:44:03 | 04/06/2020 13:52:38 | |
| Aroostook County Jail | | 04/06/2020 13:57:48 | 04/06/2020 14:02:36 | |
| Aroostook County Jail | | 04/08/2020 10:22:14 | 04/08/2020 10:22:47 | |
| Aroostook County Jail | | 04/08/2020 14:27:22 | 04/08/2020 14:36:22 | |
| Aroostook County Jail | | 04/08/2020 14:42:56 | 04/08/2020 14:49:23 | |
| Aroostook County Jail | | 04/10/2020 11:35:45 | 04/10/2020 11:41:18 | |

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|------------|----------|--------|
| Aroostook County Jail | | 04/10/2020 15:34:56 | 04/10/2020 15:49:55 | |
| Aroostook County Jail | | 04/13/2020 14:36:52 | 04/13/2020 14:47:29 | |
| Aroostook County Jail | | 04/13/2020 15:05:23 | 04/13/2020 15:05:29 | |
| Aroostook County Jail | | 04/13/2020 15:06:44 | 04/13/2020 15:06:49 | |
| Aroostook County Jail | | 04/13/2020 15:20:39 | 04/13/2020 15:35:39 | |
| Aroostook County Jail | | 04/15/2020 11:35:27 | 04/15/2020 11:39:13 | |
| Aroostook County Jail | | 04/16/2020 13:41:09 | 04/16/2020 13:51:32 | |
| Aroostook County Jail | | 04/16/2020 13:57:25 | 04/16/2020 13:57:59 | |
| Aroostook County Jail | | 04/16/2020 14:42:54 | 04/16/2020 14:57:54 | |
| Aroostook County Jail | | 04/17/2020 11:01:08 | 04/17/2020 11:01:52 | |
| Aroostook County Jail | | 04/17/2020 11:39:55 | 04/17/2020 11:42:10 | |
| Aroostook County Jail | | 04/21/2020 09:34:08 | 04/21/2020 09:39:38 | |
| Aroostook County Jail | | 04/21/2020 16:12:25 | 04/21/2020 16:13:00 | |
| Aroostook County Jail | | 04/22/2020 11:50:31 | 04/22/2020 11:57:17 | |
| Aroostook County Jail | | 04/23/2020 14:01:37 | 04/23/2020 14:11:54 | |
| Aroostook County Jail | | 04/23/2020 14:42:47 | 04/23/2020 14:57:47 | |
| Aroostook County Jail | | 04/24/2020 14:52:06 | 04/24/2020 14:52:31 | |
| Aroostook County Jail | | 04/27/2020 15:00:13 | 04/27/2020 15:08:24 | |
| Aroostook County Jail | | 04/29/2020 11:23:13 | 04/29/2020 11:27:57 | |
| Aroostook County Jail | | 05/04/2020 15:36:35 | 05/04/2020 15:36:56 | |
| Aroostook County Jail | | 05/04/2020 16:08:18 | 05/04/2020 16:23:18 | |
| Aroostook County Jail | | 05/05/2020 14:22:34 | 05/05/2020 14:32:00 | |
| Aroostook County Jail | | 05/05/2020 15:13:51 | 05/05/2020 15:15:56 | |
| Aroostook County Jail | | 05/06/2020 13:48:25 | 05/06/2020 14:03:06 | |
| Aroostook County Jail | | 05/06/2020 15:54:08 | 05/06/2020 16:09:08 | |
| Aroostook County Jail | | 05/06/2020 16:10:12 | 05/06/2020 16:21:18 | |
| Aroostook County Jail | | 05/11/2020 16:00:59 | 05/11/2020 16:15:59 | |
| Aroostook County Jail | | 05/13/2020 11:08:44 | 05/13/2020 11:23:25 | |
| Aroostook County Jail | | 06/26/2019 10:48:59 | 06/26/2019 10:51:12 | |
| Aroostook County Jail | | 06/18/2019 20:59:55 | 06/18/2019 21:04:48 | |
| Aroostook County Jail | | 06/18/2019 21:28:01 | 06/18/2019 21:30:36 | |
| Aroostook County Jail | | 06/25/2019 16:46:24 | 06/25/2019 16:49:05 | |
| Aroostook County Jail | | 06/27/2019 07:20:40 | 06/27/2019 07:21:31 | |
| Aroostook County Jail | | 06/27/2019 12:28:51 | 06/27/2019 12:35:10 | |

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|-----------|----------|--------|
| Aroostook County Jail | | 06/27/2019 14:39:23 | 06/27/2019 14:44:16 | |
| Aroostook County Jail | | 06/27/2019 20:52:10 | 06/27/2019 20:56:02 | |
| Aroostook County Jail | | 06/28/2019 14:24:37 | 06/28/2019 14:26:28 | |
| Aroostook County Jail | | 06/30/2019 11:06:09 | 06/30/2019 11:09:50 | |
| Aroostook County Jail | | 07/03/2019 08:05:31 | 07/03/2019 08:08:22 | |
| Aroostook County Jail | | 07/06/2019 12:40:19 | 07/06/2019 12:41:19 | |
| Aroostook County Jail | | 07/08/2019 15:53:47 | 07/08/2019 15:54:28 | |
| Aroostook County Jail | | 07/11/2019 16:36:54 | 07/11/2019 16:40:40 | |
| Aroostook County Jail | | 07/15/2019 20:41:30 | 07/15/2019 20:41:59 | |
| Aroostook County Jail | | 07/16/2019 17:12:33 | 07/16/2019 17:13:43 | |
| Aroostook County Jail | | 07/18/2019 13:47:29 | 07/18/2019 13:49:25 | |
| Aroostook County Jail | | 07/31/2019 08:25:09 | 07/31/2019 08:27:30 | |
| Aroostook County Jail | | 08/14/2019 21:00:51 | 08/14/2019 21:01:06 | |
| Aroostook County Jail | | 08/28/2019 15:48:22 | 08/28/2019 16:02:23 | |
| Aroostook County Jail | | 11/25/2019 16:34:33 | 11/25/2019 16:36:32 | |
| Aroostook County Jail | | 11/25/2019 17:17:35 | 11/25/2019 17:25:41 | |
| Aroostook County Jail | | 11/25/2019 17:33:10 | 11/25/2019 17:36:07 | |
| Aroostook County Jail | | 11/25/2019 19:43:17 | 11/25/2019 19:50:07 | |
| Aroostook County Jail | | 11/26/2019 08:47:54 | 11/26/2019 08:52:36 | |
| Aroostook County Jail | | 11/26/2019 12:31:14 | 11/26/2019 12:32:53 | |
| Aroostook County Jail | | 11/26/2019 13:15:12 | 11/26/2019 13:16:59 | |
| Aroostook County Jail | | 12/02/2019 09:38:13 | 12/02/2019 09:39:18 | |
| Aroostook County Jail | | 12/26/2019 11:44:06 | 12/26/2019 11:45:34 | |
| Aroostook County Jail | | 01/02/2020 20:34:46 | 01/02/2020 20:40:00 | |
| Aroostook County Jail | | 01/27/2020 11:10:38 | 01/27/2020 11:11:27 | |
| Aroostook County Jail | | 02/03/2020 20:05:39 | 02/03/2020 20:08:03 | |
| Aroostook County Jail | | 05/11/2020 14:53:12 | 05/11/2020 14:57:15 | |
| Aroostook County Jail | | 05/11/2020 15:06:56 | 05/11/2020 15:07:28 | |
| Aroostook County Jail | | 03/16/2020 15:06:53 | 03/16/2020 15:09:46 | |
| Aroostook County Jail | | 12/10/2019 15:45:53 | 12/10/2019 15:52:05 | |
| Aroostook County Jail | | 12/10/2019 15:55:41 | 12/10/2019 15:57:41 | |
| Aroostook County Jail | | 12/11/2019 15:58:34 | 12/11/2019 15:59:45 | |
| Aroostook County Jail | | 12/12/2019 11:57:51 | 12/12/2019 11:58:13 | |
| Aroostook County Jail | | 06/05/2019 13:25:40 | 06/05/2019 13:29:29 | |

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|------------|----------|--------|
| Aroostook County Jail | | 06/06/2019 07:48:41 | 06/06/2019 07:53:05 | |
| Aroostook County Jail | | 06/06/2019 07:55:08 | 06/06/2019 07:58:08 | |
| Aroostook County Jail | | 06/12/2019 13:57:20 | 06/12/2019 14:00:44 | |
| Aroostook County Jail | | 08/05/2019 14:17:38 | 08/05/2019 14:21:46 | |
| Aroostook County Jail | | 08/08/2019 14:43:55 | 08/08/2019 14:49:28 | |
| Aroostook County Jail | | 08/21/2019 14:44:04 | 08/21/2019 14:51:19 | |
| Aroostook County Jail | | 09/04/2019 16:14:28 | 09/04/2019 16:15:32 | |
| Aroostook County Jail | | 09/12/2019 13:31:56 | 09/12/2019 13:35:30 | |
| Aroostook County Jail | | 09/17/2019 14:26:56 | 09/17/2019 14:28:54 | |
| Aroostook County Jail | | 09/17/2019 16:02:42 | 09/17/2019 16:03:21 | |
| Aroostook County Jail | | 10/18/2019 11:50:04 | 10/18/2019 11:51:51 | |
| Aroostook County Jail | | 10/18/2019 12:00:04 | 10/18/2019 12:02:42 | |
| Aroostook County Jail | | 10/22/2019 11:53:40 | 10/22/2019 12:03:03 | |
| Aroostook County Jail | | 10/22/2019 15:38:04 | 10/22/2019 15:43:21 | |
| Aroostook County Jail | | 10/24/2019 08:13:33 | 10/24/2019 08:14:43 | |
| Aroostook County Jail | | 10/24/2019 09:43:34 | 10/24/2019 09:44:41 | |
| Aroostook County Jail | | 10/25/2019 09:02:56 | 10/25/2019 09:05:38 | |
| Aroostook County Jail | | 10/25/2019 11:21:12 | 10/25/2019 11:27:02 | |
| Aroostook County Jail | | 10/28/2019 11:44:42 | 10/28/2019 11:49:16 | |
| Aroostook County Jail | | 10/28/2019 13:42:08 | 10/28/2019 13:43:22 | |
| Aroostook County Jail | | 10/28/2019 16:10:47 | 10/28/2019 16:17:37 | |
| Aroostook County Jail | | 10/29/2019 13:55:20 | 10/29/2019 13:58:22 | |
| Aroostook County Jail | | 10/30/2019 08:51:08 | 10/30/2019 08:51:40 | |
| Aroostook County Jail | | 11/08/2019 13:21:22 | 11/08/2019 13:24:31 | |
| Aroostook County Jail | | 11/26/2019 08:32:14 | 11/26/2019 08:34:33 | |
| Aroostook County Jail | | 12/26/2019 08:55:21 | 12/26/2019 08:58:34 | |
| Aroostook County Jail | | 12/26/2019 13:10:56 | 12/26/2019 13:13:53 | |
| Aroostook County Jail | | 12/27/2019 08:39:59 | 12/27/2019 08:40:47 | |
| Aroostook County Jail | | 01/06/2020 15:42:05 | 01/06/2020 15:42:46 | |
| Aroostook County Jail | | 01/10/2020 15:25:02 | 01/10/2020 15:29:40 | |
| Aroostook County Jail | | 01/10/2020 15:30:01 | 01/10/2020 15:32:16 | |
| Aroostook County Jail | | 01/15/2020 13:51:29 | 01/15/2020 13:52:30 | |
| Aroostook County Jail | | 01/21/2020 11:22:58 | 01/21/2020 11:23:48 | |
| Aroostook County Jail | | 01/22/2020 16:53:00 | 01/22/2020 16:54:02 | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|------------|----------|--------|
| Aroostook County Jail | | 01/24/2020 07:55:24 | 01/24/2020 07:58:54 | |
| Aroostook County Jail | | 02/05/2020 15:08:01 | 02/05/2020 15:09:11 | |
| Aroostook County Jail | | 02/13/2020 13:16:27 | 02/13/2020 13:18:01 | |
| Aroostook County Jail | | 03/02/2020 13:20:45 | 03/02/2020 13:21:06 | |
| Aroostook County Jail | | 03/03/2020 08:27:50 | 03/03/2020 08:36:37 | |
| Aroostook County Jail | | 03/13/2020 15:52:10 | 03/13/2020 15:53:44 | |
| Aroostook County Jail | | 03/17/2020 14:03:13 | 03/17/2020 14:04:21 | |
| Aroostook County Jail | | 03/18/2020 14:02:33 | 03/18/2020 14:04:47 | |
| Aroostook County Jail | | 03/18/2020 16:23:45 | 03/18/2020 16:26:28 | |
| Aroostook County Jail | | 03/19/2020 14:00:25 | 03/19/2020 14:02:18 | |
| Aroostook County Jail | | 03/25/2020 09:24:10 | 03/25/2020 09:28:40 | |
| Aroostook County Jail | | 03/26/2020 08:07:28 | 03/26/2020 08:13:03 | |
| Aroostook County Jail | | 04/15/2020 14:13:50 | 04/15/2020 14:17:41 | |
| Aroostook County Jail | | 04/24/2020 13:37:36 | 04/24/2020 13:44:44 | |
| Aroostook County Jail | | 05/11/2020 13:21:41 | 05/11/2020 13:22:41 | |
| Aroostook County Jail | | 05/12/2020 13:04:00 | 05/12/2020 13:08:56 | |
| Aroostook County Jail | | 06/04/2019 10:32:35 | 06/04/2019 10:33:23 | |
| Aroostook County Jail | | 06/04/2019 20:01:54 | 06/04/2019 20:03:45 | |
| Aroostook County Jail | | 06/05/2019 08:41:02 | 06/05/2019 08:45:52 | |
| Aroostook County Jail | | 06/11/2019 10:53:33 | 06/11/2019 10:54:58 | |
| Aroostook County Jail | | 06/12/2019 15:53:25 | 06/12/2019 15:56:11 | |
| Aroostook County Jail | | 06/13/2019 13:23:22 | 06/13/2019 13:25:39 | |
| Aroostook County Jail | | 06/25/2019 11:02:27 | 06/25/2019 11:03:24 | |
| Aroostook County Jail | | 07/01/2019 10:32:37 | 07/01/2019 10:34:10 | |
| Aroostook County Jail | | 07/02/2019 11:50:08 | 07/02/2019 11:51:03 | |
| Aroostook County Jail | | 07/02/2019 14:26:18 | 07/02/2019 14:26:54 | |
| Aroostook County Jail | | 07/02/2019 15:43:02 | 07/02/2019 15:47:37 | |
| Aroostook County Jail | | 07/03/2019 09:14:39 | 07/03/2019 09:16:22 | |
| Aroostook County Jail | | 07/03/2019 09:32:15 | 07/03/2019 09:33:00 | |
| Aroostook County Jail | | 07/03/2019 11:20:14 | 07/03/2019 11:22:07 | |
| Aroostook County Jail | | 07/03/2019 15:25:14 | 07/03/2019 15:26:23 | |
| Aroostook County Jail | | 07/08/2019 10:54:50 | 07/08/2019 10:56:12 | |
| Aroostook County Jail | | 07/22/2019 10:00:32 | 07/22/2019 10:01:32 | |
| Aroostook County Jail | | 07/22/2019 10:01:44 | 07/22/2019 10:05:08 | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|---|---|---|---|---|
| Aroostook County Jail | █ | 07/31/2019 10:58:58 | 07/31/2019 11:08:11 | █ |
| Aroostook County Jail | █ | 08/01/2019 11:24:28 | 08/01/2019 11:28:38 | █ |
| Aroostook County Jail | █ | 08/06/2019 11:36:03 | 08/06/2019 11:39:02 | █ |
| Aroostook County Jail | █ | 08/16/2019 09:11:08 | 08/16/2019 09:14:00 | █ |
| Aroostook County Jail | █ | 08/16/2019 09:52:55 | 08/16/2019 09:55:49 | █ |
| Aroostook County Jail | █ | 09/03/2019 14:56:29 | 09/03/2019 14:57:17 | █ |
| Aroostook County Jail | █ | 09/10/2019 14:55:37 | 09/10/2019 14:58:06 | █ |
| Aroostook County Jail | █ | 09/13/2019 13:16:26 | 09/13/2019 13:21:01 | █ |
| Aroostook County Jail | █ | 09/16/2019 16:22:55 | 09/16/2019 16:24:28 | █ |
| Aroostook County Jail | █ | 09/17/2019 12:00:34 | 09/17/2019 12:01:36 | █ |
| Aroostook County Jail | █ | 09/17/2019 13:38:28 | 09/17/2019 13:39:56 | █ |
| Aroostook County Jail | █ | 09/20/2019 15:58:44 | 09/20/2019 16:00:15 | █ |
| Aroostook County Jail | █ | 09/24/2019 14:01:23 | 09/24/2019 14:03:21 | █ |
| Aroostook County Jail | █ | 09/25/2019 11:45:59 | 09/25/2019 11:47:03 | █ |
| Aroostook County Jail | █ | 09/25/2019 16:37:16 | 09/25/2019 16:40:06 | █ |
| Aroostook County Jail | █ | 09/26/2019 13:30:46 | 09/26/2019 13:33:06 | █ |
| Aroostook County Jail | █ | 09/27/2019 15:38:58 | 09/27/2019 15:40:17 | █ |
| Aroostook County Jail | █ | 09/30/2019 09:43:10 | 09/30/2019 09:46:52 | █ |
| Aroostook County Jail | █ | 10/01/2019 15:48:34 | 10/01/2019 15:50:26 | █ |
| Aroostook County Jail | █ | 10/01/2019 15:57:35 | 10/01/2019 16:01:48 | █ |
| Aroostook County Jail | █ | 10/02/2019 15:33:24 | 10/02/2019 15:38:06 | █ |
| Aroostook County Jail | █ | 10/02/2019 16:31:49 | 10/02/2019 16:32:42 | █ |
| Aroostook County Jail | █ | 10/03/2019 10:00:25 | 10/03/2019 10:01:57 | █ |
| Aroostook County Jail | █ | 10/03/2019 10:19:24 | 10/03/2019 10:20:09 | █ |
| Aroostook County Jail | █ | 10/03/2019 15:52:23 | 10/03/2019 15:54:12 | █ |
| Aroostook County Jail | █ | 10/03/2019 16:40:31 | 10/03/2019 16:41:37 | █ |
| Aroostook County Jail | █ | 10/04/2019 14:40:49 | 10/04/2019 14:42:42 | █ |
| Aroostook County Jail | █ | 10/04/2019 15:49:09 | 10/04/2019 15:49:52 | █ |
| Aroostook County Jail | █ | 10/04/2019 15:50:07 | 10/04/2019 15:50:52 | █ |
| Aroostook County Jail | █ | 10/04/2019 16:06:00 | 10/04/2019 16:06:28 | █ |
| Aroostook County Jail | █ | 10/07/2019 10:23:40 | 10/07/2019 10:25:25 | █ |
| Aroostook County Jail | █ | 10/07/2019 13:50:11 | 10/07/2019 13:51:36 | █ |
| Aroostook County Jail | █ | 10/07/2019 15:56:49 | 10/07/2019 15:58:06 | █ |
| Aroostook County Jail | █ | 10/08/2019 12:50:12 | 10/08/2019 12:51:54 | █ |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|---|---|---|---|---|
| Aroostook County Jail | | 10/08/2019 14:51:37 | 10/08/2019 14:52:40 | |
| Aroostook County Jail | | 10/08/2019 15:15:17 | 10/08/2019 15:17:08 | |
| Aroostook County Jail | | 10/08/2019 15:31:09 | 10/08/2019 15:33:37 | |
| Aroostook County Jail | | 10/09/2019 10:39:02 | 10/09/2019 10:54:02 | |
| Aroostook County Jail | | 10/09/2019 10:52:53 | 10/09/2019 10:53:47 | |
| Aroostook County Jail | | 10/09/2019 11:13:39 | 10/09/2019 11:18:35 | |
| Aroostook County Jail | | 10/09/2019 11:25:02 | 10/09/2019 11:26:21 | |
| Aroostook County Jail | | 10/09/2019 12:44:56 | 10/09/2019 12:46:59 | |
| Aroostook County Jail | | 10/09/2019 14:11:52 | 10/09/2019 14:13:00 | |
| Aroostook County Jail | | 10/09/2019 16:16:01 | 10/09/2019 16:18:54 | |
| Aroostook County Jail | | 10/09/2019 16:24:21 | 10/09/2019 16:25:16 | |
| Aroostook County Jail | | 10/10/2019 15:09:22 | 10/10/2019 15:10:45 | |
| Aroostook County Jail | | 10/10/2019 15:11:52 | 10/10/2019 15:13:30 | |
| Aroostook County Jail | | 10/11/2019 09:17:56 | 10/11/2019 09:20:04 | |
| Aroostook County Jail | | 10/11/2019 09:44:31 | 10/11/2019 09:46:22 | |
| Aroostook County Jail | | 10/11/2019 09:54:50 | 10/11/2019 09:56:20 | |
| Aroostook County Jail | | 10/15/2019 08:49:04 | 10/15/2019 08:50:23 | |
| Aroostook County Jail | | 10/15/2019 09:14:21 | 10/15/2019 09:15:45 | |
| Aroostook County Jail | | 10/15/2019 13:58:59 | 10/15/2019 13:59:45 | |
| Aroostook County Jail | | 10/15/2019 15:19:00 | 10/15/2019 15:19:45 | |
| Aroostook County Jail | | 10/17/2019 14:07:10 | 10/17/2019 14:10:57 | |
| Aroostook County Jail | | 10/17/2019 14:13:56 | 10/17/2019 14:17:08 | |
| Aroostook County Jail | | 10/17/2019 15:57:28 | 10/17/2019 15:58:33 | |
| Aroostook County Jail | | 10/17/2019 16:44:08 | 10/17/2019 16:47:18 | |
| Aroostook County Jail | | 10/17/2019 16:51:00 | 10/17/2019 16:51:42 | |
| Aroostook County Jail | | 10/17/2019 17:01:24 | 10/17/2019 17:09:06 | |
| Aroostook County Jail | | 10/22/2019 11:56:18 | 10/22/2019 11:57:19 | |
| Aroostook County Jail | | 10/22/2019 14:30:27 | 10/22/2019 14:32:16 | |
| Aroostook County Jail | | 10/22/2019 14:34:51 | 10/22/2019 14:35:54 | |
| Aroostook County Jail | | 10/22/2019 16:05:47 | 10/22/2019 16:06:45 | |
| Aroostook County Jail | | 10/23/2019 14:26:40 | 10/23/2019 14:28:14 | |
| Aroostook County Jail | | 10/28/2019 12:03:50 | 10/28/2019 12:04:46 | |
| Aroostook County Jail | | 10/29/2019 11:09:34 | 10/29/2019 11:10:20 | |
| Aroostook County Jail | | 10/29/2019 13:40:53 | 10/29/2019 13:41:24 | |

Exh. B

| Site | Dialed# | | Start Time | End Time | Inmate | |
|---|---|---|---|---|---|---|
| Aroostook County Jail | | | 10/30/2019 11:08:28 | 10/30/2019 11:09:16 | | |
| Aroostook County Jail | | | 10/30/2019 13:18:11 | 10/30/2019 13:19:11 | | |
| Aroostook County Jail | | | 10/30/2019 15:11:37 | 10/30/2019 15:14:00 | | |
| Aroostook County Jail | | | 10/31/2019 09:05:43 | 10/31/2019 09:06:50 | | |
| Aroostook County Jail | | | 11/05/2019 10:24:20 | 11/05/2019 10:25:35 | | |
| Aroostook County Jail | | | 11/05/2019 12:30:55 | 11/05/2019 12:32:04 | | |
| Aroostook County Jail | | | 11/06/2019 09:34:00 | 11/06/2019 09:38:34 | | |
| Aroostook County Jail | | | 11/06/2019 13:24:51 | 11/06/2019 13:25:47 | | |
| Aroostook County Jail | | | 11/07/2019 10:19:43 | 11/07/2019 10:20:35 | | |
| Aroostook County Jail | | | 11/07/2019 12:55:11 | 11/07/2019 12:57:22 | | |
| Aroostook County Jail | | | 11/08/2019 10:12:55 | 11/08/2019 10:15:43 | | |
| Aroostook County Jail | | | 11/12/2019 14:04:08 | 11/12/2019 14:05:49 | | |
| Aroostook County Jail | | | 11/13/2019 12:21:03 | 11/13/2019 12:22:08 | | |
| Aroostook County Jail | | | 11/13/2019 13:00:17 | 11/13/2019 13:04:07 | | |
| Aroostook County Jail | | | 11/14/2019 14:35:57 | 11/14/2019 14:37:18 | | |
| Aroostook County Jail | | | 11/14/2019 16:39:45 | 11/14/2019 16:40:51 | | |
| Aroostook County Jail | | | 11/15/2019 16:15:26 | 11/15/2019 16:19:28 | | |
| Aroostook County Jail | | | 11/18/2019 16:02:21 | 11/18/2019 16:04:40 | | |
| Aroostook County Jail | | | 11/19/2019 09:59:41 | 11/19/2019 10:02:58 | | |
| Aroostook County Jail | | | 11/19/2019 10:40:56 | 11/19/2019 10:42:31 | | |
| Aroostook County Jail | | | 11/26/2019 10:07:25 | 11/26/2019 10:10:40 | | |
| Aroostook County Jail | | | 11/26/2019 14:25:55 | 11/26/2019 14:26:37 | | |
| Aroostook County Jail | | | 11/26/2019 16:39:47 | 11/26/2019 16:41:04 | | |
| Aroostook County Jail | | | 12/02/2019 11:02:22 | 12/02/2019 11:05:26 | | |
| Aroostook County Jail | | | 12/02/2019 14:26:35 | 12/02/2019 14:27:33 | | |
| Aroostook County Jail | | | 12/02/2019 16:24:24 | 12/02/2019 16:25:15 | | |
| Aroostook County Jail | | | 12/04/2019 11:27:57 | 12/04/2019 11:28:52 | | |
| Aroostook County Jail | | | 12/04/2019 11:31:20 | 12/04/2019 11:35:01 | | |
| Aroostook County Jail | | | 12/04/2019 16:29:58 | 12/04/2019 16:32:27 | | |
| Aroostook County Jail | | | 12/05/2019 12:58:15 | 12/05/2019 12:59:21 | | |
| Aroostook County Jail | | | 12/05/2019 13:43:55 | 12/05/2019 13:52:14 | | |
| Aroostook County Jail | | | 12/06/2019 10:21:43 | 12/06/2019 10:24:59 | | |
| Aroostook County Jail | | | 12/06/2019 11:01:30 | 12/06/2019 11:03:09 | | |
| Aroostook County Jail | | | 12/06/2019 15:56:42 | 12/06/2019 15:59:15 | | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|-----------|----------|--------|
| Aroostook County Jail | | 12/06/2019 16:08:01 | 12/06/2019 16:09:12 | |
| Aroostook County Jail | | 12/09/2019 13:21:41 | 12/09/2019 13:22:16 | |
| Aroostook County Jail | | 12/09/2019 13:35:04 | 12/09/2019 13:44:59 | |
| Aroostook County Jail | | 12/10/2019 14:06:06 | 12/10/2019 14:11:04 | |
| Aroostook County Jail | | 12/10/2019 14:17:25 | 12/10/2019 14:18:07 | |
| Aroostook County Jail | | 12/10/2019 15:11:55 | 12/10/2019 15:26:44 | |
| Aroostook County Jail | | 12/10/2019 15:24:36 | 12/10/2019 15:25:11 | |
| Aroostook County Jail | | 12/10/2019 15:27:49 | 12/10/2019 15:42:49 | |
| Aroostook County Jail | | 12/10/2019 15:34:30 | 12/10/2019 15:35:02 | |
| Aroostook County Jail | | 12/10/2019 15:44:01 | 12/10/2019 15:59:01 | |
| Aroostook County Jail | | 12/10/2019 15:52:47 | 12/10/2019 15:53:19 | |
| Aroostook County Jail | | 12/10/2019 16:00:14 | 12/10/2019 16:09:50 | |
| Aroostook County Jail | | 12/10/2019 16:11:33 | 12/10/2019 16:20:48 | |
| Aroostook County Jail | | 12/12/2019 13:50:10 | 12/12/2019 13:51:17 | |
| Aroostook County Jail | | 12/12/2019 16:18:44 | 12/12/2019 16:24:43 | |
| Aroostook County Jail | | 12/12/2019 16:33:32 | 12/12/2019 16:35:27 | |
| Aroostook County Jail | | 12/17/2019 09:37:08 | 12/17/2019 09:39:35 | |
| Aroostook County Jail | | 12/23/2019 14:01:40 | 12/23/2019 14:02:38 | |
| Aroostook County Jail | | 12/23/2019 14:12:03 | 12/23/2019 14:14:02 | |
| Aroostook County Jail | | 01/02/2020 09:15:01 | 01/02/2020 09:23:36 | |
| Aroostook County Jail | | 01/02/2020 16:05:29 | 01/02/2020 16:08:03 | |
| Aroostook County Jail | | 01/06/2020 08:52:24 | 01/06/2020 08:54:59 | |
| Aroostook County Jail | | 01/06/2020 11:31:10 | 01/06/2020 11:32:32 | |
| Aroostook County Jail | | 01/06/2020 15:04:16 | 01/06/2020 15:07:21 | |
| Aroostook County Jail | | 01/06/2020 16:51:12 | 01/06/2020 16:52:24 | |
| Aroostook County Jail | | 01/07/2020 16:06:26 | 01/07/2020 16:07:32 | |
| Aroostook County Jail | | 01/07/2020 16:51:52 | 01/07/2020 16:53:02 | |
| Aroostook County Jail | | 01/08/2020 11:50:32 | 01/08/2020 11:52:51 | |
| Aroostook County Jail | | 01/09/2020 14:37:57 | 01/09/2020 14:39:22 | |
| Aroostook County Jail | | 01/09/2020 14:58:49 | 01/09/2020 14:59:48 | |
| Aroostook County Jail | | 01/10/2020 10:01:34 | 01/10/2020 10:05:28 | |
| Aroostook County Jail | | 01/14/2020 13:54:55 | 01/14/2020 13:57:14 | |
| Aroostook County Jail | | 01/14/2020 14:06:07 | 01/14/2020 14:10:23 | |
| Aroostook County Jail | | 01/15/2020 10:03:51 | 01/15/2020 10:04:35 | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|-----------|----------|--------|
| Aroostook County Jail | | 01/15/2020 15:38:39 | 01/15/2020 15:39:27 | |
| Aroostook County Jail | | 01/16/2020 12:41:17 | 01/16/2020 12:43:13 | |
| Aroostook County Jail | | 01/17/2020 13:24:00 | 01/17/2020 13:26:03 | |
| Aroostook County Jail | | 01/17/2020 15:13:24 | 01/17/2020 15:15:27 | |
| Aroostook County Jail | | 01/21/2020 11:00:42 | 01/21/2020 11:01:49 | |
| Aroostook County Jail | | 01/22/2020 16:37:33 | 01/22/2020 16:40:41 | |
| Aroostook County Jail | | 01/23/2020 12:38:32 | 01/23/2020 12:39:45 | |
| Aroostook County Jail | | 01/29/2020 09:58:32 | 01/29/2020 10:01:46 | |
| Aroostook County Jail | | 01/29/2020 11:14:07 | 01/29/2020 11:15:00 | |
| Aroostook County Jail | | 02/04/2020 10:35:45 | 02/04/2020 10:37:08 | |
| Aroostook County Jail | | 02/04/2020 15:32:55 | 02/04/2020 15:33:39 | |
| Aroostook County Jail | | 02/05/2020 12:30:26 | 02/05/2020 12:34:01 | |
| Aroostook County Jail | | 02/10/2020 08:58:35 | 02/10/2020 09:01:16 | |
| Aroostook County Jail | | 02/12/2020 08:53:32 | 02/12/2020 08:55:09 | |
| Aroostook County Jail | | 02/12/2020 14:43:33 | 02/12/2020 14:45:00 | |
| Aroostook County Jail | | 02/13/2020 10:21:42 | 02/13/2020 10:23:50 | |
| Aroostook County Jail | | 02/17/2020 13:01:27 | 02/17/2020 13:04:44 | |
| Aroostook County Jail | | 02/17/2020 14:55:00 | 02/17/2020 14:55:51 | |
| Aroostook County Jail | | 02/18/2020 09:43:09 | 02/18/2020 09:46:29 | |
| Aroostook County Jail | | 02/18/2020 16:42:49 | 02/18/2020 16:43:13 | |
| Aroostook County Jail | | 02/20/2020 15:27:21 | 02/20/2020 15:28:50 | |
| Aroostook County Jail | | 02/21/2020 16:04:49 | 02/21/2020 16:08:22 | |
| Aroostook County Jail | | 02/21/2020 16:14:29 | 02/21/2020 16:15:23 | |
| Aroostook County Jail | | 02/25/2020 13:30:53 | 02/25/2020 13:32:55 | |
| Aroostook County Jail | | 02/28/2020 09:30:10 | 02/28/2020 09:31:39 | |
| Aroostook County Jail | | 02/28/2020 10:57:05 | 02/28/2020 10:57:15 | |
| Aroostook County Jail | | 02/28/2020 10:59:44 | 02/28/2020 11:00:46 | |
| Aroostook County Jail | | 03/03/2020 09:25:04 | 03/03/2020 09:27:47 | |
| Aroostook County Jail | | 03/03/2020 12:30:41 | 03/03/2020 12:32:17 | |
| Aroostook County Jail | | 03/05/2020 13:26:38 | 03/05/2020 13:30:24 | |
| Aroostook County Jail | | 03/06/2020 15:50:38 | 03/06/2020 15:52:31 | |
| Aroostook County Jail | | 03/06/2020 16:58:59 | 03/06/2020 17:03:15 | |
| Aroostook County Jail | | 03/09/2020 15:52:06 | 03/09/2020 15:53:51 | |
| Aroostook County Jail | | 03/09/2020 16:44:14 | 03/09/2020 16:45:42 | |

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|------------|----------|--------|
| Aroostook County Jail | | 03/10/2020 11:04:24 | 03/10/2020 11:05:43 | |
| Aroostook County Jail | | 03/11/2020 16:34:25 | 03/11/2020 16:36:07 | |
| Aroostook County Jail | | 03/12/2020 13:57:49 | 03/12/2020 13:58:47 | |
| Aroostook County Jail | | 03/12/2020 16:01:35 | 03/12/2020 16:02:05 | |
| Aroostook County Jail | | 03/12/2020 16:19:44 | 03/12/2020 16:20:42 | |
| Aroostook County Jail | | 03/12/2020 16:32:48 | 03/12/2020 16:36:23 | |
| Aroostook County Jail | | 03/12/2020 16:51:19 | 03/12/2020 16:51:45 | |
| Aroostook County Jail | | 03/13/2020 11:01:55 | 03/13/2020 11:02:36 | |
| Aroostook County Jail | | 03/13/2020 14:30:48 | 03/13/2020 14:35:00 | |
| Aroostook County Jail | | 03/13/2020 16:33:36 | 03/13/2020 16:34:27 | |
| Aroostook County Jail | | 03/16/2020 15:10:28 | 03/16/2020 15:12:28 | |
| Aroostook County Jail | | 03/17/2020 09:11:08 | 03/17/2020 09:13:07 | |
| Aroostook County Jail | | 03/17/2020 09:30:38 | 03/17/2020 09:32:04 | |
| Aroostook County Jail | | 03/17/2020 13:48:42 | 03/17/2020 13:52:57 | |
| Aroostook County Jail | | 03/17/2020 14:57:46 | 03/17/2020 14:59:36 | |
| Aroostook County Jail | | 03/17/2020 15:32:14 | 03/17/2020 15:33:56 | |
| Aroostook County Jail | | 03/17/2020 15:59:11 | 03/17/2020 15:59:32 | |
| Aroostook County Jail | | 03/17/2020 16:20:33 | 03/17/2020 16:23:34 | |
| Aroostook County Jail | | 03/18/2020 12:09:06 | 03/18/2020 12:10:50 | |
| Aroostook County Jail | | 03/18/2020 12:34:53 | 03/18/2020 12:36:04 | |
| Aroostook County Jail | | 03/18/2020 15:25:58 | 03/18/2020 15:33:34 | |
| Aroostook County Jail | | 03/18/2020 16:04:45 | 03/18/2020 16:06:10 | |
| Aroostook County Jail | | 03/18/2020 16:11:16 | 03/18/2020 16:15:15 | |
| Aroostook County Jail | | 03/18/2020 16:17:08 | 03/18/2020 16:18:33 | |
| Aroostook County Jail | | 03/23/2020 14:34:45 | 03/23/2020 14:36:22 | |
| Aroostook County Jail | | 03/23/2020 15:44:43 | 03/23/2020 15:46:56 | |
| Aroostook County Jail | | 03/23/2020 16:35:58 | 03/23/2020 16:38:01 | |
| Aroostook County Jail | | 03/23/2020 16:42:24 | 03/23/2020 16:46:51 | |
| Aroostook County Jail | | 03/24/2020 15:07:11 | 03/24/2020 15:08:37 | |
| Aroostook County Jail | | 03/24/2020 15:39:56 | 03/24/2020 15:42:47 | |
| Aroostook County Jail | | 03/25/2020 08:39:45 | 03/25/2020 08:40:31 | |
| Aroostook County Jail | | 03/25/2020 09:35:28 | 03/25/2020 09:37:05 | |
| Aroostook County Jail | | 03/25/2020 13:08:07 | 03/25/2020 13:11:11 | |
| Aroostook County Jail | | 03/25/2020 14:35:11 | 03/25/2020 14:36:29 | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|-----------|----------|--------|
| Aroostook County Jail | | 03/25/2020 15:04:13 | 03/25/2020 15:13:39 | |
| Aroostook County Jail | | 03/25/2020 15:14:34 | 03/25/2020 15:24:19 | |
| Aroostook County Jail | | 03/26/2020 08:54:20 | 03/26/2020 08:57:48 | |
| Aroostook County Jail | | 03/26/2020 14:32:41 | 03/26/2020 14:36:36 | |
| Aroostook County Jail | | 03/26/2020 14:34:36 | 03/26/2020 14:35:22 | |
| Aroostook County Jail | | 03/26/2020 15:08:08 | 03/26/2020 15:08:59 | |
| Aroostook County Jail | | 03/27/2020 13:47:29 | 03/27/2020 13:49:58 | |
| Aroostook County Jail | | 03/27/2020 14:46:15 | 03/27/2020 14:47:24 | |
| Aroostook County Jail | | 03/30/2020 14:13:43 | 03/30/2020 14:17:02 | |
| Aroostook County Jail | | 03/30/2020 15:44:37 | 03/30/2020 15:48:26 | |
| Aroostook County Jail | | 03/30/2020 15:54:52 | 03/30/2020 15:57:24 | |
| Aroostook County Jail | | 03/30/2020 17:04:41 | 03/30/2020 17:06:10 | |
| Aroostook County Jail | | 03/31/2020 10:10:44 | 03/31/2020 10:14:03 | |
| Aroostook County Jail | | 03/31/2020 10:36:41 | 03/31/2020 10:40:22 | |
| Aroostook County Jail | | 03/31/2020 12:27:35 | 03/31/2020 12:28:43 | |
| Aroostook County Jail | | 03/31/2020 14:07:51 | 03/31/2020 14:09:52 | |
| Aroostook County Jail | | 03/31/2020 14:39:11 | 03/31/2020 14:40:30 | |
| Aroostook County Jail | | 03/31/2020 16:19:53 | 03/31/2020 16:25:08 | |
| Aroostook County Jail | | 03/31/2020 16:53:25 | 03/31/2020 17:02:24 | |
| Aroostook County Jail | | 04/01/2020 12:32:02 | 04/01/2020 12:33:58 | |
| Aroostook County Jail | | 04/01/2020 14:51:32 | 04/01/2020 14:52:08 | |
| Aroostook County Jail | | 04/01/2020 15:01:38 | 04/01/2020 15:08:40 | |
| Aroostook County Jail | | 04/01/2020 16:26:30 | 04/01/2020 16:29:13 | |
| Aroostook County Jail | | 04/02/2020 10:02:16 | 04/02/2020 10:15:51 | |
| Aroostook County Jail | | 04/02/2020 12:19:45 | 04/02/2020 12:27:33 | |
| Aroostook County Jail | | 04/02/2020 14:11:32 | 04/02/2020 14:25:20 | |
| Aroostook County Jail | | 04/03/2020 09:53:46 | 04/03/2020 10:05:49 | |
| Aroostook County Jail | | 04/03/2020 10:38:30 | 04/03/2020 10:42:03 | |
| Aroostook County Jail | | 04/03/2020 16:17:56 | 04/03/2020 16:19:29 | |
| Aroostook County Jail | | 04/06/2020 10:29:48 | 04/06/2020 10:31:12 | |
| Aroostook County Jail | | 04/06/2020 12:05:07 | 04/06/2020 12:06:49 | |
| Aroostook County Jail | | 04/06/2020 13:42:47 | 04/06/2020 13:50:34 | |
| Aroostook County Jail | | 04/06/2020 14:37:00 | 04/06/2020 14:49:49 | |
| Aroostook County Jail | | 04/07/2020 13:48:43 | 04/07/2020 13:51:02 | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|---|---|---|---|---|
| Aroostook County Jail | | 04/07/2020 13:57:36 | 04/07/2020 14:01:32 | |
| Aroostook County Jail | | 04/07/2020 14:17:10 | 04/07/2020 14:31:53 | |
| Aroostook County Jail | | 04/07/2020 15:10:50 | 04/07/2020 15:11:39 | |
| Aroostook County Jail | | 04/08/2020 14:16:30 | 04/08/2020 14:17:38 | |
| Aroostook County Jail | | 04/08/2020 15:27:02 | 04/08/2020 15:28:55 | |
| Aroostook County Jail | | 04/09/2020 09:58:58 | 04/09/2020 09:59:25 | A |
| Aroostook County Jail | | 04/09/2020 13:33:50 | 04/09/2020 13:34:26 | A |
| Aroostook County Jail | | 04/09/2020 13:51:59 | 04/09/2020 13:53:51 | |
| Aroostook County Jail | | 04/09/2020 15:27:37 | 04/09/2020 15:28:47 | |
| Aroostook County Jail | | 04/10/2020 15:29:49 | 04/10/2020 15:31:09 | |
| Aroostook County Jail | | 04/13/2020 09:50:22 | 04/13/2020 09:51:26 | |
| Aroostook County Jail | | 04/13/2020 14:54:30 | 04/13/2020 14:55:38 | |
| Aroostook County Jail | | 04/13/2020 15:56:59 | 04/13/2020 15:57:29 | |
| Aroostook County Jail | | 04/14/2020 11:21:32 | 04/14/2020 11:22:36 | |
| Aroostook County Jail | | 04/14/2020 13:01:16 | 04/14/2020 13:01:48 | |
| Aroostook County Jail | | 04/14/2020 13:16:22 | 04/14/2020 13:19:27 | |
| Aroostook County Jail | | 04/14/2020 15:24:37 | 04/14/2020 15:26:24 | |
| Aroostook County Jail | | 04/15/2020 09:22:56 | 04/15/2020 09:24:19 | |
| Aroostook County Jail | | 04/15/2020 09:42:19 | 04/15/2020 09:46:03 | |
| Aroostook County Jail | | 04/15/2020 10:14:31 | 04/15/2020 10:15:49 | |
| Aroostook County Jail | | 04/15/2020 14:47:24 | 04/15/2020 14:52:13 | |
| Aroostook County Jail | | 04/15/2020 15:37:54 | 04/15/2020 15:45:07 | |
| Aroostook County Jail | | 04/22/2020 13:49:38 | 04/22/2020 13:57:46 | |
| Aroostook County Jail | | 04/23/2020 09:24:29 | 04/23/2020 09:31:16 | |
| Aroostook County Jail | | 04/23/2020 15:06:21 | 04/23/2020 15:10:08 | |
| Aroostook County Jail | | 04/24/2020 15:09:07 | 04/24/2020 15:10:18 | |
| Aroostook County Jail | | 04/24/2020 15:32:00 | 04/24/2020 15:33:01 | |
| Aroostook County Jail | | 04/24/2020 15:40:46 | 04/24/2020 15:42:35 | |
| Aroostook County Jail | | 04/27/2020 09:57:01 | 04/27/2020 09:57:42 | |
| Aroostook County Jail | | 04/27/2020 09:58:25 | 04/27/2020 10:07:33 | |
| Aroostook County Jail | | 04/27/2020 10:08:23 | 04/27/2020 10:17:39 | |
| Aroostook County Jail | | 04/27/2020 10:18:31 | 04/27/2020 10:28:31 | |
| Aroostook County Jail | | 04/27/2020 10:29:25 | 04/27/2020 10:32:48 | |
| Aroostook County Jail | | 04/27/2020 13:45:19 | 04/27/2020 13:46:34 | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|------------|----------|--------|
| Aroostook County Jail | | 04/28/2020 13:30:41 | 04/28/2020 13:31:51 | |
| Aroostook County Jail | | 04/30/2020 14:13:15 | 04/30/2020 14:28:15 | |
| Aroostook County Jail | | 05/01/2020 10:06:07 | 05/01/2020 10:06:58 | |
| Aroostook County Jail | | 05/01/2020 15:28:26 | 05/01/2020 15:35:40 | |
| Aroostook County Jail | | 05/04/2020 11:31:55 | 05/04/2020 11:33:16 | |
| Aroostook County Jail | | 05/04/2020 13:39:02 | 05/04/2020 13:53:33 | |
| Aroostook County Jail | | 05/04/2020 14:43:09 | 05/04/2020 14:43:55 | |
| Aroostook County Jail | | 05/04/2020 15:26:25 | 05/04/2020 15:27:43 | |
| Aroostook County Jail | | 05/05/2020 14:57:28 | 05/05/2020 15:11:40 | |
| Aroostook County Jail | | 05/06/2020 09:53:46 | 05/06/2020 09:54:19 | |
| Aroostook County Jail | | 05/07/2020 13:56:03 | 05/07/2020 13:58:33 | |
| Aroostook County Jail | | 05/07/2020 14:02:52 | 05/07/2020 14:10:34 | |
| Aroostook County Jail | | 05/07/2020 14:13:54 | 05/07/2020 14:14:29 | |
| Aroostook County Jail | | 05/07/2020 15:34:04 | 05/07/2020 15:40:27 | |
| Aroostook County Jail | | 08/27/2019 14:20:48 | 08/27/2019 14:23:35 | |
| Aroostook County Jail | | 08/28/2019 16:27:11 | 08/28/2019 16:29:25 | |
| Aroostook County Jail | | 09/24/2019 08:02:59 | 09/24/2019 08:04:50 | |
| Aroostook County Jail | | 09/24/2019 15:41:04 | 09/24/2019 15:42:02 | |
| Aroostook County Jail | | 09/25/2019 09:02:32 | 09/25/2019 09:02:46 | |
| Aroostook County Jail | | 09/30/2019 09:02:15 | 09/30/2019 09:02:44 | |
| Aroostook County Jail | | 10/07/2019 10:28:13 | 10/07/2019 10:28:53 | |
| Aroostook County Jail | | 10/07/2019 15:44:51 | 10/07/2019 15:47:24 | |
| Aroostook County Jail | | 10/08/2019 08:31:47 | 10/08/2019 08:33:59 | |
| Aroostook County Jail | | 10/22/2019 08:16:03 | 10/22/2019 08:17:34 | |
| Aroostook County Jail | | 10/22/2019 11:53:52 | 10/22/2019 11:54:45 | |
| Aroostook County Jail | | 11/04/2019 13:18:19 | 11/04/2019 13:20:32 | |
| Aroostook County Jail | | 11/13/2019 09:51:38 | 11/13/2019 09:54:06 | |
| Aroostook County Jail | | 11/15/2019 12:47:56 | 11/15/2019 12:49:28 | |
| Aroostook County Jail | | 11/19/2019 13:42:32 | 11/19/2019 13:45:08 | |
| Aroostook County Jail | | 11/25/2019 09:02:27 | 11/25/2019 09:02:45 | |
| Aroostook County Jail | | 11/26/2019 09:23:35 | 11/26/2019 09:23:48 | |
| Aroostook County Jail | | 11/27/2019 08:41:42 | 11/27/2019 08:42:11 | |
| Aroostook County Jail | | 12/09/2019 08:42:11 | 12/09/2019 08:44:25 | |
| Aroostook County Jail | | 12/10/2019 09:45:41 | 12/10/2019 09:46:29 | |

| Site | Dialed# | Start Time | End Time | Inmate |
|---|---|---|---|---|
| Aroostook County Jail | | 12/10/2019 09:47:27 | 12/10/2019 09:48:05 | |
| Aroostook County Jail | | 12/10/2019 09:50:10 | 12/10/2019 09:52:34 | |
| Aroostook County Jail | | 12/16/2019 09:13:18 | 12/16/2019 09:14:35 | |
| Aroostook County Jail | | 01/07/2020 13:18:30 | 01/07/2020 13:19:22 | |
| Aroostook County Jail | | 01/07/2020 13:39:17 | 01/07/2020 13:41:56 | |
| Aroostook County Jail | | 01/28/2020 16:23:08 | 01/28/2020 16:24:27 | |
| Aroostook County Jail | | 02/05/2020 09:13:38 | 02/05/2020 09:14:06 | |
| Aroostook County Jail | | 02/19/2020 13:09:18 | 02/19/2020 13:12:04 | |
| Aroostook County Jail | | 02/25/2020 11:18:40 | 02/25/2020 11:19:16 | |
| Aroostook County Jail | | 02/26/2020 14:01:35 | 02/26/2020 14:02:03 | |
| Aroostook County Jail | | 03/02/2020 10:14:33 | 03/02/2020 10:15:19 | |
| Aroostook County Jail | | 03/10/2020 09:53:28 | 03/10/2020 09:55:38 | |
| Aroostook County Jail | | 03/12/2020 14:36:32 | 03/12/2020 14:37:00 | |
| Aroostook County Jail | | 04/15/2020 15:32:00 | 04/15/2020 15:32:24 | |
| Aroostook County Jail | | 06/11/2019 11:05:49 | 06/11/2019 11:20:02 | |
| Aroostook County Jail | | 06/11/2019 11:05:49 | 06/11/2019 11:20:02 | |
| Aroostook County Jail | | 06/11/2019 11:21:38 | 06/11/2019 11:26:03 | |
| Aroostook County Jail | | 06/11/2019 11:21:38 | 06/11/2019 11:26:03 | |
| Aroostook County Jail | | 06/12/2019 09:48:34 | 06/12/2019 10:03:34 | |
| Aroostook County Jail | | 06/12/2019 09:48:34 | 06/12/2019 10:03:34 | |
| Aroostook County Jail | | 06/12/2019 10:05:00 | 06/12/2019 10:20:00 | |
| Aroostook County Jail | | 06/12/2019 10:05:00 | 06/12/2019 10:20:00 | |
| Aroostook County Jail | | 06/17/2019 11:36:02 | 06/17/2019 11:37:37 | |
| Aroostook County Jail | | 06/17/2019 11:36:02 | 06/17/2019 11:37:37 | |
| Aroostook County Jail | | 06/18/2019 11:30:41 | 06/18/2019 11:32:44 | |
| Aroostook County Jail | | 06/18/2019 11:30:41 | 06/18/2019 11:32:44 | |
| Aroostook County Jail | | 11/06/2019 14:45:42 | 11/06/2019 14:56:01 | |
| Aroostook County Jail | | 12/23/2019 16:28:51 | 12/23/2019 16:35:30 | |
| Aroostook County Jail | | 01/31/2020 11:19:21 | 01/31/2020 11:19:57 | |
| Aroostook County Jail | | 01/31/2020 16:24:17 | 01/31/2020 16:30:48 | |
| Aroostook County Jail | | 02/19/2020 08:58:43 | 02/19/2020 09:06:43 | |
| Aroostook County Jail | | 03/02/2020 09:14:57 | 03/02/2020 09:17:37 | |
| Aroostook County Jail | | 03/20/2020 15:38:35 | 03/20/2020 15:43:41 | |
| Aroostook County Jail | | 04/17/2020 15:37:55 | 04/17/2020 15:45:08 | |

Exh. B

| Site | Dialed# | Start Time | End Time | Inmate |
|------|---------|------------|----------|--------|
| Aroostook County Jail | | 04/21/2020 14:01:47 | 04/21/2020 14:03:02 | |
| Aroostook County Jail | | 05/08/2020 15:20:18 | 05/08/2020 15:20:45 | |
| Aroostook County Jail | | 05/08/2020 15:47:43 | 05/08/2020 15:51:53 | |
| Aroostook County Jail | | 05/13/2020 12:22:55 | 05/13/2020 12:24:17 | |
| Aroostook County Jail | | 08/26/2019 15:57:05 | 08/26/2019 15:59:36 | |
| Aroostook County Jail | | 08/26/2019 15:57:05 | 08/26/2019 15:59:36 | |
| Aroostook County Jail | | 08/26/2019 15:57:05 | 08/26/2019 15:59:36 | |
| Aroostook County Jail | | 08/26/2019 15:57:05 | 08/26/2019 15:59:36 | |
| Aroostook County Jail | | 08/26/2019 16:21:18 | 08/26/2019 16:21:23 | |
| Aroostook County Jail | | 08/26/2019 16:21:18 | 08/26/2019 16:21:23 | |
| Aroostook County Jail | | 08/26/2019 16:21:18 | 08/26/2019 16:21:23 | |
| Aroostook County Jail | | 08/26/2019 16:21:18 | 08/26/2019 16:21:23 | |
| Aroostook County Jail | | 08/26/2019 16:22:23 | 08/26/2019 16:25:02 | |
| Aroostook County Jail | | 08/26/2019 16:22:23 | 08/26/2019 16:25:02 | |
| Aroostook County Jail | | 08/26/2019 16:22:23 | 08/26/2019 16:25:02 | |
| Aroostook County Jail | | 08/26/2019 16:22:23 | 08/26/2019 16:25:02 | |
| Aroostook County Jail | | 03/24/2020 14:10:15 | 03/24/2020 14:18:01 | |
| Aroostook County Jail | | 03/24/2020 14:10:15 | 03/24/2020 14:18:01 | |
| Aroostook County Jail | | 04/21/2020 12:43:22 | 04/21/2020 12:45:01 | |
| Aroostook County Jail | | 04/21/2020 12:43:22 | 04/21/2020 12:45:01 | |
| Aroostook County Jail | | 04/27/2020 13:33:39 | 04/27/2020 13:38:24 | |
| Aroostook County Jail | | 04/27/2020 13:33:39 | 04/27/2020 13:38:24 | |
| Aroostook County Jail | | 05/06/2020 11:37:03 | 05/06/2020 11:37:58 | |
| Aroostook County Jail | | 05/06/2020 11:37:03 | 05/06/2020 11:37:58 | |
| Aroostook County Jail | | 05/08/2020 13:24:03 | 05/08/2020 13:28:27 | |
| Aroostook County Jail | | 05/08/2020 13:24:03 | 05/08/2020 13:28:27 | |
| Aroostook County Jail | | 05/12/2020 09:46:17 | 05/12/2020 09:46:31 | |
| Aroostook County Jail | | 05/12/2020 09:46:17 | 05/12/2020 09:46:31 | |
| Aroostook County Jail | | 05/12/2020 10:16:31 | 05/12/2020 10:18:11 | |
| Aroostook County Jail | | 05/12/2020 10:16:31 | 05/12/2020 10:18:11 | |
| Aroostook County Jail | | 05/13/2020 13:39:20 | 05/13/2020 13:40:37 | |
| Aroostook County Jail | | 05/13/2020 13:39:20 | 05/13/2020 13:40:37 | |