# Exh. C

Exh. C

| Site | Dialed# | Start Time | End Time | Inmate |
|---|---|---|---|---|
| Franklin County Jail, ME | ███ | 12/16/2019 09:36:11 | 12/16/2019 09:38:16 | ███ |
| Franklin County Jail, ME | ███ | 12/18/2019 12:42:41 | 12/18/2019 12:57:32 | ███ |
| Franklin County Jail, ME | ███ | 12/30/2019 10:39:39 | 12/30/2019 10:53:51 | ███ |
| Franklin County Jail, ME | ███ | 03/24/2020 13:16:42 | 03/24/2020 13:20:36 | ███ |
| Franklin County Jail, ME | ███ | 03/30/2020 10:51:13 | 03/30/2020 10:54:07 | ███ |
| Franklin County Jail, ME | ███ | 03/31/2020 13:48:38 | 03/31/2020 13:52:56 | ███ |
| Franklin County Jail, ME | ███ | 04/03/2020 10:09:24 | 04/03/2020 10:10:01 | ███ |
| Franklin County Jail, ME | ███ | 04/03/2020 15:48:30 | 04/03/2020 15:52:19 | ███ |
| Franklin County Jail, ME | ███ | 04/06/2020 14:11:48 | 04/06/2020 14:13:02 | ███ |
| Franklin County Jail, ME | ███ | 04/10/2020 11:27:09 | 04/10/2020 11:31:15 | ███ |
| Franklin County Jail, ME | ███ | 06/03/2019 13:14:49 | 06/03/2019 13:17:40 | ███ |
| Franklin County Jail, ME | ███ | 06/03/2019 13:14:49 | 06/03/2019 13:17:40 | ███ |
| Franklin County Jail, ME | ███ | 07/02/2019 14:28:53 | 07/02/2019 14:29:42 | ███ |
| Franklin County Jail, ME | ███ | 07/02/2019 14:28:53 | 07/02/2019 14:29:42 | ███ |
| Franklin County Jail, ME | ███ | 07/03/2019 12:51:06 | 07/03/2019 12:52:57 | ███ |
| Franklin County Jail, ME | ███ | 07/03/2019 12:51:06 | 07/03/2019 12:52:57 | ███ |
| Franklin County Jail, ME | ███ | 03/06/2020 10:52:32 | 03/06/2020 11:00:20 | ███ |
| Franklin County Jail, ME | ███ | 03/06/2020 10:52:32 | 03/06/2020 11:00:20 | ███ |
| Franklin County Jail, ME | ███ | 03/11/2020 10:15:03 | 03/11/2020 10:17:43 | ███ |
| Franklin County Jail, ME | ███ | 03/11/2020 10:15:03 | 03/11/2020 10:17:43 | ███ |
| Franklin County Jail, ME | ███ | 03/26/2020 09:16:23 | 03/26/2020 09:18:56 | ███ |
| Franklin County Jail, ME | ███ | 03/26/2020 09:16:23 | 03/26/2020 09:18:56 | ███ |
| Franklin County Jail, ME | ███ | 06/17/2019 14:27:58 | 06/17/2019 14:30:33 | ███ |
| Franklin County Jail, ME | ███ | 07/22/2019 12:52:56 | 07/22/2019 12:54:39 | ███ |
| Franklin County Jail, ME | ███ | 08/07/2019 12:59:37 | 08/07/2019 13:01:28 | ███ |
| Franklin County Jail, ME | ███ | 08/26/2019 08:27:47 | 08/26/2019 08:29:33 | ███ |
| Franklin County Jail, ME | ███ | 06/19/2019 13:18:47 | 06/19/2019 13:20:41 | ███ |
| Franklin County Jail, ME | ███ | 01/03/2020 09:26:37 | 01/03/2020 09:28:48 | ███ |
| Franklin County Jail, ME | ███ | 01/21/2020 12:29:37 | 01/21/2020 12:31:03 | ███ |
| Franklin County Jail, ME | ███ | 01/23/2020 14:34:29 | 01/23/2020 14:40:29 | ███ |
| Franklin County Jail, ME | ███ | 01/28/2020 13:33:52 | 01/28/2020 13:35:00 | ███ |
| Franklin County Jail, ME | ███ | 02/04/2020 13:04:33 | 02/04/2020 13:10:38 | ███ |
| Franklin County Jail, ME | ███ | 01/06/2020 13:10:49 | 01/06/2020 13:12:42 | ███ |
| Franklin County Jail, ME | ███ | 04/28/2020 14:49:34 | 04/28/2020 15:04:34 | ███ |

Exh. C

| Franklin County Jail, ME | ■ | 04/30/2020 13:49:00 | 04/30/2020 14:03:39 | ■ |
|---|---|---|---|---|
| Franklin County Jail, ME | ■ | 08/27/2019 10:03:22 | 08/27/2019 10:03:27 | ■ |
| Franklin County Jail, ME | ■ | 08/27/2019 10:03:22 | 08/27/2019 10:03:27 | ■ |
| Franklin County Jail, ME | ■ | 08/27/2019 10:05:46 | 08/27/2019 10:07:35 | ■ |
| Franklin County Jail, ME | ■ | 08/27/2019 10:05:46 | 08/27/2019 10:07:35 | ■ |
| Franklin County Jail, ME | ■ | 09/03/2019 08:14:20 | 09/03/2019 08:16:34 | ■ |
| Franklin County Jail, ME | ■ | 09/03/2019 08:14:20 | 09/03/2019 08:16:34 | ■ |
| Franklin County Jail, ME | ■ | 09/09/2019 08:12:35 | 09/09/2019 08:15:22 | ■ |
| Franklin County Jail, ME | ■ | 09/09/2019 08:12:35 | 09/09/2019 08:15:22 | ■ |
| Franklin County Jail, ME | ■ | 09/13/2019 08:51:17 | 09/13/2019 08:55:13 | ■ |
| Franklin County Jail, ME | ■ | 09/13/2019 08:51:17 | 09/13/2019 08:55:13 | ■ |
| Franklin County Jail, ME | ■ | 09/13/2019 13:25:46 | 09/13/2019 13:27:31 | ■ |
| Franklin County Jail, ME | ■ | 09/13/2019 13:25:46 | 09/13/2019 13:27:31 | ■ |
| Franklin County Jail, ME | ■ | 09/19/2019 09:28:12 | 09/19/2019 09:28:44 | ■ |
| Franklin County Jail, ME | ■ | 09/19/2019 09:28:12 | 09/19/2019 09:28:44 | ■ |
| Franklin County Jail, ME | ■ | 01/07/2020 13:37:57 | 01/07/2020 13:39:51 | ■ |
| Franklin County Jail, ME | ■ | 01/07/2020 13:37:57 | 01/07/2020 13:39:51 | ■ |
| Franklin County Jail, ME | ■ | 01/07/2020 15:14:27 | 01/07/2020 15:14:57 | ■ |
| Franklin County Jail, ME | ■ | 01/07/2020 15:14:27 | 01/07/2020 15:14:57 | ■ |
| Franklin County Jail, ME | ■ | 01/07/2020 16:11:59 | 01/07/2020 16:14:23 | ■ |
| Franklin County Jail, ME | ■ | 01/07/2020 16:11:59 | 01/07/2020 16:14:23 | ■ |