# Exh. D

Exh. D

| Site | Dialed# | Start Time | End Time | Inmate | Downloaded | Playback |
|---|---|---|---|---|---|---|
| Aroostook County Jail | | 07/31/2019 10:58:58 | 07/31/2019 11:08:11 | | jgaddis@I390030.ME | |
| Aroostook County Jail | | 08/01/2019 11:24:28 | 08/01/2019 11:28:38 | | jgaddis@I390030.ME | |
| Aroostook County Jail | | 08/06/2019 11:36:03 | 08/06/2019 11:39:02 | | jgaddis@I390030.ME | |
| Aroostook County Jail | | 08/16/2019 09:11:08 | 08/16/2019 09:14:00 | | | cconley@I390030.ME |
| Aroostook County Jail | | 08/16/2019 09:52:55 | 08/16/2019 09:55:49 | | | larry@I390030.ME |
| Aroostook County Jail | | 09/03/2019 14:56:29 | 09/03/2019 14:57:17 | | | |
| Aroostook County Jail | | 09/10/2019 14:55:37 | 09/10/2019 14:58:06 | | Bnadeau@I390030.ME | |
| Aroostook County Jail | | 09/13/2019 13:16:26 | 09/13/2019 13:21:01 | | | |
| Aroostook County Jail | | 09/16/2019 16:22:55 | 09/16/2019 16:24:28 | | larry@I390030.ME | |
| Aroostook County Jail | | 09/17/2019 12:00:34 | 09/17/2019 12:01:36 | | | |
| Aroostook County Jail | | 09/17/2019 13:38:28 | 09/17/2019 13:39:56 | | | |
| Aroostook County Jail | | 09/20/2019 15:58:44 | 09/20/2019 16:00:15 | | | |
| Aroostook County Jail | | 09/24/2019 14:01:23 | 09/24/2019 14:03:21 | | | |
| Aroostook County Jail | | 09/25/2019 11:45:59 | 09/25/2019 11:47:03 | | | |
| Aroostook County Jail | | 09/25/2019 16:37:16 | 09/25/2019 16:40:06 | | | |
| Aroostook County Jail | | 09/26/2019 13:30:46 | 09/26/2019 13:33:06 | | | |
| Aroostook County Jail | | 09/27/2019 15:38:58 | 09/27/2019 15:40:17 | | | |
| Aroostook County Jail | | 09/30/2019 09:43:10 | 09/30/2019 09:46:52 | | | |
| Aroostook County Jail | | 10/01/2019 15:48:34 | 10/01/2019 15:50:26 | | | |
| Aroostook County Jail | | 10/01/2019 15:57:35 | 10/01/2019 16:01:48 | | | |
| Aroostook County Jail | | 10/02/2019 15:33:24 | 10/02/2019 15:38:06 | | | |
| Aroostook County Jail | | 10/02/2019 16:31:49 | 10/02/2019 16:32:42 | | | |
| Aroostook County Jail | | 10/03/2019 10:00:25 | 10/03/2019 10:01:57 | | | smorrison@I390030.ME |
| Aroostook County Jail | | 10/03/2019 10:19:24 | 10/03/2019 10:20:09 | | Bnadeau@I390030.ME | |
| Aroostook County Jail | | 10/03/2019 15:52:23 | 10/03/2019 15:54:12 | | | |
| Aroostook County Jail | | 10/03/2019 16:40:31 | 10/03/2019 16:41:37 | | | |
| Aroostook County Jail | | 10/04/2019 14:40:49 | 10/04/2019 14:42:42 | | | |
| Aroostook County Jail | | 10/04/2019 15:49:09 | 10/04/2019 15:49:52 | | | |
| Aroostook County Jail | | 10/04/2019 15:50:07 | 10/04/2019 15:50:52 | | | |
| Aroostook County Jail | | 10/04/2019 16:06:00 | 10/04/2019 16:06:28 | | | |
| Aroostook County Jail | | 10/07/2019 10:23:40 | 10/07/2019 10:25:25 | | | |
| Aroostook County Jail | | 10/07/2019 13:50:11 | 10/07/2019 13:51:36 | | | |
| Aroostook County Jail | | 10/07/2019 15:56:49 | 10/07/2019 15:58:06 | | | |
| Aroostook County Jail | | 10/08/2019 12:50:12 | 10/08/2019 12:51:54 | | | |
| Aroostook County Jail | | 10/08/2019 14:51:37 | 10/08/2019 14:52:40 | | | |
| Aroostook County Jail | | 10/08/2019 15:15:17 | 10/08/2019 15:17:08 | | | |
| Aroostook County Jail | | 10/08/2019 15:31:09 | 10/08/2019 15:33:37 | | | BFuller@I390030.ME |
| Aroostook County Jail | | 10/09/2019 10:39:02 | 10/09/2019 10:54:02 | | | |
| Aroostook County Jail | | 10/09/2019 10:52:53 | 10/09/2019 10:53:47 | | | |
| Aroostook County Jail | | 10/09/2019 11:13:39 | 10/09/2019 11:18:35 | | | |
| Aroostook County Jail | | 10/09/2019 11:25:02 | 10/09/2019 11:26:21 | | | |
| Aroostook County Jail | | 10/09/2019 12:44:56 | 10/09/2019 12:46:59 | | | |
| Aroostook County Jail | | 10/09/2019 14:11:52 | 10/09/2019 14:13:00 | | | |
| Aroostook County Jail | | 10/09/2019 16:16:01 | 10/09/2019 16:18:54 | | | |
| Aroostook County Jail | | 10/09/2019 16:24:21 | 10/09/2019 16:25:16 | | | |

Exh. D

| Site | Dialed# | Start Time | End Time | Inmate | Downloaded | Playback |
|---|---|---|---|---|---|---|
| Aroostook County Jail | | 10/10/2019 15:09:22 | 10/10/2019 15:10:45 | | larry@I390030.ME | |
| Aroostook County Jail | | 10/10/2019 15:11:52 | 10/10/2019 15:13:30 | | larry@I390030.ME | |
| Aroostook County Jail | | 10/11/2019 09:17:56 | 10/11/2019 09:20:04 | | | |
| Aroostook County Jail | | 10/11/2019 09:44:31 | 10/11/2019 09:46:22 | | | |
| Aroostook County Jail | | 10/11/2019 09:54:50 | 10/11/2019 09:56:20 | | | |
| Aroostook County Jail | | 10/15/2019 08:49:04 | 10/15/2019 08:50:23 | | | |
| Aroostook County Jail | | 10/15/2019 09:14:21 | 10/15/2019 09:15:45 | | | |
| Aroostook County Jail | | 10/15/2019 13:58:59 | 10/15/2019 13:59:45 | | BFuller@I390030.ME | |
| Aroostook County Jail | | 10/15/2019 15:19:00 | 10/15/2019 15:19:45 | | | |
| Aroostook County Jail | | 10/17/2019 14:07:10 | 10/17/2019 14:10:57 | | | |
| Aroostook County Jail | | 10/17/2019 14:13:56 | 10/17/2019 14:17:08 | | fdudley@I390030.ME | |
| Aroostook County Jail | | 10/17/2019 15:57:28 | 10/17/2019 15:58:33 | | | |
| Aroostook County Jail | | 10/17/2019 16:44:08 | 10/17/2019 16:47:18 | | | |
| Aroostook County Jail | | 10/17/2019 16:51:00 | 10/17/2019 16:51:42 | | | |
| Aroostook County Jail | | 10/17/2019 17:01:24 | 10/17/2019 17:09:06 | | | |
| Aroostook County Jail | | 10/22/2019 11:56:18 | 10/22/2019 11:57:19 | | | |
| Aroostook County Jail | | 10/22/2019 14:30:27 | 10/22/2019 14:32:16 | | | |
| Aroostook County Jail | | 10/22/2019 14:34:51 | 10/22/2019 14:35:54 | | | |
| Aroostook County Jail | | 10/22/2019 16:05:47 | 10/22/2019 16:06:45 | | | |
| Aroostook County Jail | | 10/23/2019 14:26:40 | 10/23/2019 14:28:14 | | | |
| Aroostook County Jail | | 10/28/2019 12:03:50 | 10/28/2019 12:04:46 | | | |
| Aroostook County Jail | | 10/29/2019 11:09:34 | 10/29/2019 11:10:20 | | | |
| Aroostook County Jail | | 10/29/2019 13:40:53 | 10/29/2019 13:41:24 | | | |
| Aroostook County Jail | | 10/30/2019 11:08:28 | 10/30/2019 11:09:16 | | | |
| Aroostook County Jail | | 10/30/2019 13:18:11 | 10/30/2019 13:19:11 | | | |
| Aroostook County Jail | | 10/30/2019 15:11:37 | 10/30/2019 15:14:00 | | | |
| Aroostook County Jail | | 10/31/2019 09:05:43 | 10/31/2019 09:06:50 | | | BFuller@I390030.ME |
| Aroostook County Jail | | 11/05/2019 10:24:20 | 11/05/2019 10:25:35 | | | cconley@I390030.ME |
| Aroostook County Jail | | 11/05/2019 12:30:55 | 11/05/2019 12:32:04 | | | |
| Aroostook County Jail | | 11/06/2019 09:34:00 | 11/06/2019 09:38:34 | | | |
| Aroostook County Jail | | 11/06/2019 13:24:51 | 11/06/2019 13:25:47 | | | |
| Aroostook County Jail | | 11/07/2019 10:19:43 | 11/07/2019 10:20:35 | | | |
| Aroostook County Jail | | 11/07/2019 12:55:11 | 11/07/2019 12:57:22 | | | |
| Aroostook County Jail | | 11/08/2019 10:12:55 | 11/08/2019 10:15:43 | | | |
| Aroostook County Jail | | 11/12/2019 14:04:08 | 11/12/2019 14:05:49 | | | |
| Aroostook County Jail | | 11/13/2019 12:21:03 | 11/13/2019 12:22:08 | | | |
| Aroostook County Jail | | 11/13/2019 13:00:17 | 11/13/2019 13:04:07 | | | |
| Aroostook County Jail | | 11/14/2019 14:35:57 | 11/14/2019 14:37:18 | | | |
| Aroostook County Jail | | 11/14/2019 16:39:45 | 11/14/2019 16:40:51 | | | cconley@I390030.ME |
| Aroostook County Jail | | 11/15/2019 16:15:26 | 11/15/2019 16:19:28 | | | |
| Aroostook County Jail | | 11/18/2019 16:02:21 | 11/18/2019 16:04:40 | | | |
| Aroostook County Jail | | 11/19/2019 09:59:41 | 11/19/2019 10:02:58 | | | |
| Aroostook County Jail | | 11/19/2019 10:40:56 | 11/19/2019 10:42:31 | | | |
| Aroostook County Jail | | 11/26/2019 10:07:25 | 11/26/2019 10:10:40 | | | cconley@I390030.ME |
| Aroostook County Jail | | 11/26/2019 14:25:55 | 11/26/2019 14:26:37 | | | |

Exh. D

| Site | Dialed# | Start Time | End Time | Inmate | Downloaded | Playback |
|---|---|---|---|---|---|---|
| Aroostook County Jail | | 11/26/2019 16:39:47 | 11/26/2019 16:41:04 | | | |
| Aroostook County Jail | | 12/02/2019 11:02:22 | 12/02/2019 11:05:26 | | | cconley@I390030.ME |
| Aroostook County Jail | | 12/02/2019 14:26:35 | 12/02/2019 14:27:33 | | | |
| Aroostook County Jail | | 12/02/2019 16:24:24 | 12/02/2019 16:25:15 | | | |
| Aroostook County Jail | | 12/04/2019 11:27:57 | 12/04/2019 11:28:52 | | | |
| Aroostook County Jail | | 12/04/2019 11:31:20 | 12/04/2019 11:35:01 | | | |
| Aroostook County Jail | | 12/04/2019 16:29:58 | 12/04/2019 16:32:27 | | | |
| Aroostook County Jail | | 12/05/2019 12:58:15 | 12/05/2019 12:59:21 | | | |
| Aroostook County Jail | | 12/05/2019 13:43:55 | 12/05/2019 13:52:14 | | | |
| Aroostook County Jail | | 12/06/2019 10:21:43 | 12/06/2019 10:24:59 | | | BFuller@I390030.ME |
| Aroostook County Jail | | 12/06/2019 11:01:30 | 12/06/2019 11:03:09 | | | BFuller@I390030.ME |
| Aroostook County Jail | | 12/06/2019 15:56:42 | 12/06/2019 15:59:15 | | | |
| Aroostook County Jail | | 12/06/2019 16:08:01 | 12/06/2019 16:09:12 | | | |
| Aroostook County Jail | | 12/09/2019 13:21:41 | 12/09/2019 13:22:16 | | | |
| Aroostook County Jail | | 12/09/2019 13:35:04 | 12/09/2019 13:44:59 | | | |
| Aroostook County Jail | | 12/10/2019 14:06:06 | 12/10/2019 14:11:04 | | | cclossey@I390030.ME |
| Aroostook County Jail | | 12/10/2019 14:17:25 | 12/10/2019 14:18:07 | | | |
| Aroostook County Jail | | 12/10/2019 15:11:55 | 12/10/2019 15:26:44 | | | cclossey@I390030.ME |
| Aroostook County Jail | | 12/10/2019 15:24:36 | 12/10/2019 15:25:11 | | | |
| Aroostook County Jail | | 12/10/2019 15:27:49 | 12/10/2019 15:42:49 | | | cclossey@I390030.ME |
| Aroostook County Jail | | 12/10/2019 15:34:30 | 12/10/2019 15:35:02 | | | BFuller@I390030.ME |
| Aroostook County Jail | | 12/10/2019 15:44:01 | 12/10/2019 15:59:01 | | | BFuller@I390030.ME |
| Aroostook County Jail | | 12/10/2019 15:52:47 | 12/10/2019 15:53:19 | | | |
| Aroostook County Jail | | 12/10/2019 16:00:14 | 12/10/2019 16:09:50 | | | |
| Aroostook County Jail | | 12/10/2019 16:11:33 | 12/10/2019 16:20:48 | | | |
| Aroostook County Jail | | 12/12/2019 13:50:10 | 12/12/2019 13:51:17 | | | |
| Aroostook County Jail | | 12/12/2019 16:18:44 | 12/12/2019 16:24:43 | | | |
| Aroostook County Jail | | 12/12/2019 16:33:32 | 12/12/2019 16:35:27 | | | |
| Aroostook County Jail | | 12/17/2019 09:37:08 | 12/17/2019 09:39:35 | | | |
| Aroostook County Jail | | 12/23/2019 14:01:40 | 12/23/2019 14:02:38 | | | |
| Aroostook County Jail | | 12/23/2019 14:12:03 | 12/23/2019 14:14:02 | | | |
| Aroostook County Jail | | 01/02/2020 09:15:01 | 01/02/2020 09:23:36 | | | |
| Aroostook County Jail | | 01/02/2020 16:05:29 | 01/02/2020 16:08:03 | | | |
| Aroostook County Jail | | 01/06/2020 08:52:24 | 01/06/2020 08:54:59 | | | |
| Aroostook County Jail | | 01/06/2020 11:31:10 | 01/06/2020 11:32:32 | | | |
| Aroostook County Jail | | 01/06/2020 15:04:16 | 01/06/2020 15:07:21 | | | |
| Aroostook County Jail | | 01/06/2020 16:51:12 | 01/06/2020 16:52:24 | | | |
| Aroostook County Jail | | 01/07/2020 16:06:26 | 01/07/2020 16:07:32 | | | |
| Aroostook County Jail | | 01/07/2020 16:51:52 | 01/07/2020 16:53:02 | | | |
| Aroostook County Jail | | 01/08/2020 11:50:32 | 01/08/2020 11:52:51 | | | |
| Aroostook County Jail | | 01/09/2020 14:37:57 | 01/09/2020 14:39:22 | | | |
| Aroostook County Jail | | 01/09/2020 14:58:49 | 01/09/2020 14:59:48 | | | |
| Aroostook County Jail | | 01/10/2020 10:01:34 | 01/10/2020 10:05:28 | | | |
| Aroostook County Jail | | 01/14/2020 13:54:55 | 01/14/2020 13:57:14 | | | |
| Aroostook County Jail | | 01/14/2020 14:06:07 | 01/14/2020 14:10:23 | | | |

| Site | Dialed# | Start Time | End Time | Inmate | Downloaded | Playback |
|---|---|---|---|---|---|---|
| Aroostook County Jail | | 01/15/2020 10:03:51 | 01/15/2020 10:04:35 | | | |
| Aroostook County Jail | | 01/15/2020 15:38:39 | 01/15/2020 15:39:27 | | | |
| Aroostook County Jail | | 01/16/2020 12:41:17 | 01/16/2020 12:43:13 | | | |
| Aroostook County Jail | | 01/17/2020 13:24:00 | 01/17/2020 13:26:03 | | | |
| Aroostook County Jail | | 01/17/2020 15:13:24 | 01/17/2020 15:15:27 | | jgaddis@I390030.ME | |
| Aroostook County Jail | | 01/21/2020 11:00:42 | 01/21/2020 11:01:49 | | | |
| Aroostook County Jail | | 01/22/2020 16:37:33 | 01/22/2020 16:40:41 | | | cconley@I390030.ME |
| Aroostook County Jail | | 01/23/2020 12:38:32 | 01/23/2020 12:39:45 | | | |
| Aroostook County Jail | | 01/29/2020 09:58:32 | 01/29/2020 10:01:46 | | | |
| Aroostook County Jail | | 01/29/2020 11:14:07 | 01/29/2020 11:15:00 | | | |
| Aroostook County Jail | | 02/04/2020 10:35:45 | 02/04/2020 10:37:08 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 02/04/2020 15:32:55 | 02/04/2020 15:33:39 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 02/05/2020 12:30:26 | 02/05/2020 12:34:01 | | | |
| Aroostook County Jail | | 02/10/2020 08:58:35 | 02/10/2020 09:01:16 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 02/12/2020 08:53:32 | 02/12/2020 08:55:09 | | | |
| Aroostook County Jail | | 02/12/2020 14:43:33 | 02/12/2020 14:45:00 | | | |
| Aroostook County Jail | | 02/13/2020 10:21:42 | 02/13/2020 10:23:50 | | | |
| Aroostook County Jail | | 02/17/2020 13:01:27 | 02/17/2020 13:04:44 | | | |
| Aroostook County Jail | | 02/17/2020 14:55:00 | 02/17/2020 14:55:51 | | | |
| Aroostook County Jail | | 02/18/2020 09:43:09 | 02/18/2020 09:46:29 | | | |
| Aroostook County Jail | | 02/18/2020 16:42:49 | 02/18/2020 16:43:13 | | | |
| Aroostook County Jail | | 02/20/2020 15:27:21 | 02/20/2020 15:28:50 | | | |
| Aroostook County Jail | | 02/21/2020 16:04:49 | 02/21/2020 16:08:22 | | | |
| Aroostook County Jail | | 02/21/2020 16:14:29 | 02/21/2020 16:15:23 | | jgaddis@I390030.ME | |
| Aroostook County Jail | | 02/25/2020 13:30:53 | 02/25/2020 13:32:55 | | | Billiejo@I390030.ME, Bfuller@I390030>ME |
| Aroostook County Jail | | 02/28/2020 09:30:10 | 02/28/2020 09:31:39 | | | Billiejo@I390030.ME, Bfuller@I390030>ME |
| Aroostook County Jail | | 02/28/2020 10:57:05 | 02/28/2020 10:57:15 | | | |
| Aroostook County Jail | | 02/28/2020 10:59:44 | 02/28/2020 11:00:46 | | | |
| Aroostook County Jail | | 03/03/2020 09:25:04 | 03/03/2020 09:27:47 | | jgaddis@I390030.ME | |
| Aroostook County Jail | | 03/03/2020 12:30:41 | 03/03/2020 12:32:17 | | jgaddis@I390030.ME | |
| Aroostook County Jail | | 03/05/2020 13:26:38 | 03/05/2020 13:30:24 | | jgaddis@I390030.ME | |
| Aroostook County Jail | | 03/06/2020 15:50:38 | 03/06/2020 15:52:31 | | | |
| Aroostook County Jail | | 03/06/2020 16:58:59 | 03/06/2020 17:03:15 | | | |
| Aroostook County Jail | | 03/09/2020 15:52:06 | 03/09/2020 15:53:51 | | | BFuller@I390030.ME |
| Aroostook County Jail | | 03/09/2020 16:44:14 | 03/09/2020 16:45:42 | | | |
| Aroostook County Jail | | 03/10/2020 11:04:24 | 03/10/2020 11:05:43 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/11/2020 16:34:25 | 03/11/2020 16:36:07 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/12/2020 13:57:49 | 03/12/2020 13:58:47 | | | |
| Aroostook County Jail | | 03/12/2020 16:01:35 | 03/12/2020 16:02:05 | | | |
| Aroostook County Jail | | 03/12/2020 16:19:44 | 03/12/2020 16:20:42 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/12/2020 16:32:48 | 03/12/2020 16:36:23 | | | |
| Aroostook County Jail | | 03/12/2020 16:51:19 | 03/12/2020 16:51:45 | | | |
| Aroostook County Jail | | 03/13/2020 11:01:55 | 03/13/2020 11:02:36 | | | Billiejo@I390030 |
| Aroostook County Jail | | 03/13/2020 14:30:48 | 03/13/2020 14:35:00 | | | |
| Aroostook County Jail | | 03/13/2020 16:33:36 | 03/13/2020 16:34:27 | | | Billiejo@I390030.ME |

Exh. D

| Site | Dialed# | Start Time | End Time | Inmate | Downloaded | Playback |
|---|---|---|---|---|---|---|
| Aroostook County Jail | | 03/16/2020 15:10:28 | 03/16/2020 15:12:28 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/17/2020 09:11:08 | 03/17/2020 09:13:07 | | jgaddis@I390030.ME | |
| Aroostook County Jail | | 03/17/2020 09:30:38 | 03/17/2020 09:32:04 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/17/2020 13:48:42 | 03/17/2020 13:52:57 | | | |
| Aroostook County Jail | | 03/17/2020 14:57:46 | 03/17/2020 14:59:36 | | | |
| Aroostook County Jail | | 03/17/2020 15:32:14 | 03/17/2020 15:33:56 | | | |
| Aroostook County Jail | | 03/17/2020 15:59:11 | 03/17/2020 15:59:32 | | | |
| Aroostook County Jail | | 03/17/2020 16:20:33 | 03/17/2020 16:23:34 | | | |
| Aroostook County Jail | | 03/18/2020 12:09:06 | 03/18/2020 12:10:50 | | | |
| Aroostook County Jail | | 03/18/2020 12:34:53 | 03/18/2020 12:36:04 | | | |
| Aroostook County Jail | | 03/18/2020 15:25:58 | 03/18/2020 15:33:34 | | | |
| Aroostook County Jail | | 03/18/2020 16:04:45 | 03/18/2020 16:06:10 | | | |
| Aroostook County Jail | | 03/18/2020 16:11:16 | 03/18/2020 16:15:15 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/18/2020 16:17:08 | 03/18/2020 16:18:33 | | | |
| Aroostook County Jail | | 03/23/2020 14:34:45 | 03/23/2020 14:36:22 | | | royg@I390030.ME |
| Aroostook County Jail | | 03/23/2020 15:44:43 | 03/23/2020 15:46:56 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/23/2020 16:35:58 | 03/23/2020 16:38:01 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/23/2020 16:42:24 | 03/23/2020 16:46:51 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/24/2020 15:07:11 | 03/24/2020 15:08:37 | | | |
| Aroostook County Jail | | 03/24/2020 15:39:56 | 03/24/2020 15:42:47 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/25/2020 08:39:45 | 03/25/2020 08:40:31 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/25/2020 09:35:28 | 03/25/2020 09:37:05 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/25/2020 13:08:07 | 03/25/2020 13:11:11 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/25/2020 14:35:11 | 03/25/2020 14:36:29 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/25/2020 15:04:13 | 03/25/2020 15:13:39 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/25/2020 15:14:34 | 03/25/2020 15:24:19 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/26/2020 08:54:20 | 03/26/2020 08:57:48 | | | |
| Aroostook County Jail | | 03/26/2020 14:32:41 | 03/26/2020 14:36:36 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/26/2020 14:34:36 | 03/26/2020 14:35:22 | | | |
| Aroostook County Jail | | 03/26/2020 15:08:08 | 03/26/2020 15:08:59 | | | |
| Aroostook County Jail | | 03/27/2020 13:47:29 | 03/27/2020 13:49:58 | | | |
| Aroostook County Jail | | 03/27/2020 14:46:15 | 03/27/2020 14:47:24 | | | |
| Aroostook County Jail | | 03/30/2020 14:13:43 | 03/30/2020 14:17:02 | | | |
| Aroostook County Jail | | 03/30/2020 15:44:37 | 03/30/2020 15:48:26 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 03/30/2020 15:54:52 | 03/30/2020 15:57:24 | | | |
| Aroostook County Jail | | 03/30/2020 17:04:41 | 03/30/2020 17:06:10 | | | |
| Aroostook County Jail | | 03/31/2020 10:10:44 | 03/31/2020 10:14:03 | | | |
| Aroostook County Jail | | 03/31/2020 10:36:41 | 03/31/2020 10:40:22 | | | |
| Aroostook County Jail | | 03/31/2020 12:27:35 | 03/31/2020 12:28:43 | | | |
| Aroostook County Jail | | 03/31/2020 14:07:51 | 03/31/2020 14:09:52 | | | |
| Aroostook County Jail | | 03/31/2020 14:39:11 | 03/31/2020 14:40:30 | | | |
| Aroostook County Jail | | 03/31/2020 16:19:53 | 03/31/2020 16:25:08 | | | |
| Aroostook County Jail | | 03/31/2020 16:53:25 | 03/31/2020 17:02:24 | | | |
| Aroostook County Jail | | 04/01/2020 12:32:02 | 04/01/2020 12:33:58 | | | |
| Aroostook County Jail | | 04/01/2020 14:51:32 | 04/01/2020 14:52:08 | | | |

Exh. D

| Site | Dialed# | Start Time | End Time | Inmate | Downloaded | Playback |
|---|---|---|---|---|---|---|
| Aroostook County Jail | | 04/01/2020 15:01:38 | 04/01/2020 15:08:40 | | | |
| Aroostook County Jail | | 04/01/2020 16:26:30 | 04/01/2020 16:29:13 | | | |
| Aroostook County Jail | | 04/02/2020 10:02:16 | 04/02/2020 10:15:51 | | | |
| Aroostook County Jail | | 04/02/2020 12:19:45 | 04/02/2020 12:27:33 | | | |
| Aroostook County Jail | | 04/02/2020 14:11:32 | 04/02/2020 14:25:20 | | | ryork@I390030.ME |
| Aroostook County Jail | | 04/03/2020 09:53:46 | 04/03/2020 10:05:49 | | | |
| Aroostook County Jail | | 04/03/2020 10:38:30 | 04/03/2020 10:42:03 | | | |
| Aroostook County Jail | | 04/03/2020 16:17:56 | 04/03/2020 16:19:29 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 04/06/2020 10:29:48 | 04/06/2020 10:31:12 | | | |
| Aroostook County Jail | | 04/06/2020 12:05:07 | 04/06/2020 12:06:49 | | | ryork@I390030.ME |
| Aroostook County Jail | | 04/06/2020 13:42:47 | 04/06/2020 13:50:34 | | | ryork@I390030.ME |
| Aroostook County Jail | | 04/06/2020 14:37:00 | 04/06/2020 14:49:49 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 04/07/2020 13:48:43 | 04/07/2020 13:51:02 | | | |
| Aroostook County Jail | | 04/07/2020 13:57:36 | 04/07/2020 14:01:32 | | | |
| Aroostook County Jail | | 04/07/2020 14:17:10 | 04/07/2020 14:31:53 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 04/07/2020 15:10:50 | 04/07/2020 15:11:39 | | | |
| Aroostook County Jail | | 04/08/2020 14:16:30 | 04/08/2020 14:17:38 | | | |
| Aroostook County Jail | | 04/08/2020 15:27:02 | 04/08/2020 15:28:55 | | | |
| Aroostook County Jail | | 04/09/2020 09:58:58 | 04/09/2020 09:59:25 | | | |
| Aroostook County Jail | | 04/09/2020 13:33:50 | 04/09/2020 13:34:26 | | | |
| Aroostook County Jail | | 04/09/2020 13:51:59 | 04/09/2020 13:53:51 | | | |
| Aroostook County Jail | | 04/09/2020 15:27:37 | 04/09/2020 15:28:47 | | | |
| Aroostook County Jail | | 04/10/2020 15:29:49 | 04/10/2020 15:31:09 | | | |
| Aroostook County Jail | | 04/13/2020 09:50:22 | 04/13/2020 09:51:26 | | | |
| Aroostook County Jail | | 04/13/2020 14:54:30 | 04/13/2020 14:55:38 | | | |
| Aroostook County Jail | | 04/13/2020 15:56:59 | 04/13/2020 15:57:29 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 04/14/2020 11:21:32 | 04/14/2020 11:22:36 | | | |
| Aroostook County Jail | | 04/14/2020 13:01:16 | 04/14/2020 13:01:48 | | | |
| Aroostook County Jail | | 04/14/2020 13:16:22 | 04/14/2020 13:19:27 | | | |
| Aroostook County Jail | | 04/14/2020 15:24:37 | 04/14/2020 15:26:24 | | | |
| Aroostook County Jail | | 04/15/2020 09:22:56 | 04/15/2020 09:24:19 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 04/15/2020 09:42:19 | 04/15/2020 09:46:03 | | | |
| Aroostook County Jail | | 04/15/2020 10:14:31 | 04/15/2020 10:15:49 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 04/15/2020 14:47:24 | 04/15/2020 14:52:13 | | | |
| Aroostook County Jail | | 04/15/2020 15:37:54 | 04/15/2020 15:45:07 | | | |
| Aroostook County Jail | | 04/22/2020 13:49:38 | 04/22/2020 13:57:46 | | | |
| Aroostook County Jail | | 04/23/2020 09:24:29 | 04/23/2020 09:31:16 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 04/23/2020 15:06:21 | 04/23/2020 15:10:08 | | | |
| Aroostook County Jail | | 04/24/2020 15:09:07 | 04/24/2020 15:10:18 | | | |
| Aroostook County Jail | | 04/24/2020 15:32:00 | 04/24/2020 15:33:01 | | | |
| Aroostook County Jail | | 04/24/2020 15:40:46 | 04/24/2020 15:42:35 | | | |
| Aroostook County Jail | | 04/27/2020 09:57:01 | 04/27/2020 09:57:42 | | | |
| Aroostook County Jail | | 04/27/2020 09:58:25 | 04/27/2020 10:07:33 | | | Billiejo@I390030.ME, cconley@I390030.ME |
| Aroostook County Jail | | 04/27/2020 10:08:23 | 04/27/2020 10:17:39 | | | Billiejo@I390030.ME |
| Aroostook County Jail | | 04/27/2020 10:18:31 | 04/27/2020 10:28:31 | | | |

Exh. D

| Site | Dialed# | Start Time | End Time | Inmate | Downloaded | Playback |
|---|---|---|---|---|---|---|
| Aroostook County Jail | ██ | 04/27/2020 10:29:25 | 04/27/2020 10:32:48 | █ | | |
| Aroostook County Jail | ██ | 04/27/2020 13:45:19 | 04/27/2020 13:46:34 | ████ | | |
| Aroostook County Jail | ██ | 04/28/2020 13:30:41 | 04/28/2020 13:31:51 | ████ | | Billiejo@I390030.ME |
| Aroostook County Jail | ██ | 04/30/2020 14:13:15 | 04/30/2020 14:28:15 | ████ | | |
| Aroostook County Jail | ██ | 05/01/2020 10:06:07 | 05/01/2020 10:06:58 | █ | | |
| Aroostook County Jail | ██ | 05/01/2020 15:28:26 | 05/01/2020 15:35:40 | █ | jgaddis@I390030.ME | |
| Aroostook County Jail | ██ | 05/04/2020 11:31:55 | 05/04/2020 11:33:16 | ████ | | |
| Aroostook County Jail | ██ | 05/04/2020 13:39:02 | 05/04/2020 13:53:33 | ████ | | Billiejo@I390030.ME |
| Aroostook County Jail | ██ | 05/04/2020 14:43:09 | 05/04/2020 14:43:55 | ████ | | |
| Aroostook County Jail | ██ | 05/04/2020 15:26:25 | 05/04/2020 15:27:43 | ████ | | |
| Aroostook County Jail | ██ | 05/05/2020 14:57:28 | 05/05/2020 15:11:40 | ████ | | |
| Aroostook County Jail | ██ | 05/06/2020 09:53:46 | 05/06/2020 09:54:19 | ████ | | |
| Aroostook County Jail | ██ | 05/07/2020 13:56:03 | 05/07/2020 13:58:33 | ████ | | |
| Aroostook County Jail | ██ | 05/07/2020 14:02:52 | 05/07/2020 14:10:34 | ████ | | |
| Aroostook County Jail | ██ | 05/07/2020 14:13:54 | 05/07/2020 14:14:29 | ████ | | |
| Aroostook County Jail | ██ | 05/07/2020 15:34:04 | 05/07/2020 15:40:27 | ████ | | |