# EXHIBIT A



This message is for attorneys who have an account with Securus. If you are **not** a licensed or practicing attorney who currently represents, or may in the future represent, detained or incarcerated individuals, you can ignore this email.

**If you are an attorney, please read this carefully.**

The act of creating an account with Securus **does not mean** that calls to your number(s) placed by clients using the Securus system are "private" and therefore not recorded.

Securus is not authorized to designate a number as private unless specifically directed to do so by its facility customer. Further, each facility customer maintains separate and distinct "private number" lists, so a "private number" designation at one facility is not automatically a "private number" designation at every facility where you may represent inmate clients. Therefore, you are solely responsible for contacting each facility from which you receive or may receive inmate client calls to request a "private number" designation.

UNTIL SUCH TIME AS A FACILITY DESIGNATES YOUR NUMBER(S) AS PRIVATE, CALLS YOU RECEIVE **WILL BE** RECORDED AND MAY BE MONITORED.

FAILURE TO CONTACT EACH FACILITY AND ENSURE YOUR NUMBERS(S) ARE PRIVATE MAY RESULT IN WAIVER OF THE ATTORNEY-CLIENT PRIVILEGE.

## CONNECTING WHAT **MATTERS**