# EXHIBIT B

| custid | custname | custtypecode | crmcontactid |
|---|---|---|---|
| 9964209 | RUFFNER, ROBERT | SD | 6841123 |

emailaddress
rjr@mainecriminaldefense.com