# EXHIBIT C

| Site | PortLoc | Ctry | Wireless | Dialed# | Dest Zone | Start Time | End Time | Dur.(s) | Acct# | PIN | First Name | Last Name | Call Type | Call Status | Term Cat. | Priv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/27/2015 15:34:39 | 07/27/2015 15:36:41 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Called party hangup | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/27/2015 15:38:14 | 07/27/2015 15:39:27 | 0 | 768758 | 39279 | | | Debit | incomplete | Insufficient Funds | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/27/2015 15:39:29 | 07/27/2015 15:40:44 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Called party hangup | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/27/2015 15:40:46 | 07/27/2015 15:42:05 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Called party hangup | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/27/2015 15:45:34 | 07/27/2015 15:46:27 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/29/2015 11:58:20 | 07/29/2015 12:01:47 | 0 | 768758 | 39279 | | | Instant Pay | complete | Caller Hang up | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/29/2015 12:01:48 | 07/29/2015 12:03:06 | 0 | 768758 | 39279 | | | Instant Pay-Account Activator | complete | Transferred to Customer Service | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/29/2015 12:09:04 | 07/29/2015 12:10:01 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Called party hangup | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/29/2015 12:48:14 | 07/29/2015 12:50:00 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/29/2015 13:35:06 | 07/29/2015 13:36:27 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/30/2015 13:41:12 | 07/30/2015 13:42:05 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 07/31/2015 11:49:04 | 07/31/2015 11:50:45 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 08/03/2015 10:45:33 | 08/03/2015 10:47:19 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2015 13:30:56 | 08/04/2015 13:31:55 | 0 | 768758 | 39279 | | | Instant Pay | incomplete | Caller Hang up | X |

| Facility | Code | | | Phone | Type | Start Date | End Date | Duration | ID1 | ID2 | | Bill Type | Status | Reason | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 08/06/2015 12:36:53 | 08/06/2015 12:38:01 | 0 | 768758 | 39279 | | Instant Pay | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 08/10/2015 12:59:50 | 08/10/2015 13:03:00 | 190 | 768758 | 39279 | | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 08/25/2015 13:00:13 | 08/25/2015 13:00:33 | 0 | 768758 | 39279 | | Person Call | incomplete | Dialed Number Restriction | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 08/25/2015 13:00:40 | 08/25/2015 13:01:03 | 0 | 768758 | 39279 | | Person Call | incomplete | Dialed Number Restriction | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 08/25/2015 13:04:44 | 08/25/2015 13:05:33 | 49 | 768758 | 39279 | | PAN Management | complete | PAN exists in Global Lists | |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 08/25/2015 13:05:47 | 08/25/2015 13:06:24 | 37 | 768758 | 39279 | | PAN Management | complete | PAN exists in Global Lists | |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 08/25/2015 13:06:27 | 08/25/2015 13:06:52 | 0 | 768758 | 39279 | | Debit | incomplete | Insufficient Funds | X |
| Androscoggin County Jail, ME | H9 | 1 | N | 2072215736 | Intralata/Intrastate | 08/25/2015 13:06:52 | 08/25/2015 13:07:14 | 0 | 768758 | 39279 | | Person Call | incomplete | Dialed Number Restriction | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 09/09/2015 13:29:36 | 09/09/2015 13:33:50 | 254 | 303317 | 36346 | | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 09/25/2015 15:42:22 | 09/25/2015 15:43:42 | 0 | 303317 | 36346 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 09/25/2015 15:43:43 | 09/25/2015 15:44:42 | 0 | 303317 | 36346 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 09/25/2015 16:57:07 | 09/25/2015 16:58:21 | 0 | 303317 | 36346 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/16/2015 11:27:47 | 10/16/2015 11:28:49 | 0 | 303317 | 36346 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/16/2015 11:28:50 | 10/16/2015 11:29:43 | 0 | 303317 | 36346 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/16/2015 15:19:21 | 10/16/2015 15:20:18 | 0 | 303317 | 36346 | | Direct Bill | incomplete | No Positive Acceptance | X |

| Facility | Code | | | Phone | Type | Start Date/Time | End Date/Time | Duration | ID1 | ID2 | | Billing | Status | Reason | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/16/2015 15:20:32 | 10/16/2015 15:21:38 | 0 | 303317 | 36346 | ▮ | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/16/2015 15:48:54 | 10/16/2015 15:50:13 | 0 | 303317 | 36346 | ▮ | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/16/2015 15:56:58 | 10/16/2015 15:57:51 | 0 | 303317 | 36346 | ▮ | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/16/2015 15:57:51 | 10/16/2015 15:58:43 | 0 | 303317 | 36346 | ▮ | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/16/2015 16:24:49 | 10/16/2015 16:25:55 | 0 | 303317 | 36346 | ▮ | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/16/2015 18:00:35 | 10/16/2015 18:01:50 | 0 | 303317 | 36346 | ▮ | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/20/2015 14:19:40 | 10/20/2015 14:22:21 | 161 | 303317 | 36346 | ▮ | Direct Bill | complete | Caller Hang up | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/21/2015 15:57:30 | 10/21/2015 16:00:25 | 175 | 303317 | 36346 | ▮ | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/26/2015 11:24:01 | 10/26/2015 11:26:47 | 166 | 303317 | 36346 | ▮ | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 10/30/2015 10:45:43 | 10/30/2015 10:49:50 | 247 | 303317 | 36346 | ▮ | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 11/02/2015 09:58:01 | 11/02/2015 09:58:54 | 0 | 303317 | 36346 | ▮ | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 11/02/2015 10:51:36 | 11/02/2015 10:55:02 | 206 | 303317 | 36346 | ▮ | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 11/02/2015 12:37:48 | 11/02/2015 12:38:47 | 0 | 303317 | 36346 | ▮ | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 11/02/2015 12:39:59 | 11/02/2015 12:41:42 | 103 | 303317 | 36346 | ▮ | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 11/02/2015 13:02:44 | 11/02/2015 13:03:41 | 57 | 303317 | 36346 | ▮ | Direct Bill | complete | Caller Hang up | X |

| Facility | Phone | Calls | N | Number | Type | Start Date | End Date | Duration | Acct1 | Acct2 | | Pay Type | Status | Reason | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Androscoggin County Jail, ME | CL303 | 1 | N | 2072215736 | Intralata/Intrastate | 11/03/2015 14:17:53 | 11/03/2015 14:32:26 | 873 | 185740 | 23444 | | Debit | complete | Called party hangup | X |
| Androscoggin County Jail, ME | CL303 | 1 | N | 2072215736 | Intralata/Intrastate | 11/03/2015 15:27:07 | 11/03/2015 15:28:30 | 0 | 185740 | 23444 | | Debit | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL303 | 1 | N | 2072215736 | Intralata/Intrastate | 11/03/2015 15:28:31 | 11/03/2015 15:29:53 | 0 | 185740 | 23444 | | Debit | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL303 | 1 | N | 2072215736 | Intralata/Intrastate | 11/03/2015 15:29:54 | 11/03/2015 15:31:07 | 0 | 185740 | 23444 | | Debit | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL303 | 1 | N | 2072215736 | Intralata/Intrastate | 11/03/2015 15:33:31 | 11/03/2015 15:34:47 | 0 | 185740 | 23444 | | Debit | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL303 | 1 | N | 2072215736 | Intralata/Intrastate | 11/03/2015 15:34:48 | 11/03/2015 15:36:00 | 0 | 185740 | 23444 | | Debit | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 02/01/2016 14:02:13 | 02/01/2016 14:03:11 | 58 | 760159 | 61882 | | Direct Bill | complete | Caller Hang up | X |
| Androscoggin County Jail, ME | CL301 | 1 | N | 2072215736 | Intralata/Intrastate | 03/02/2016 14:42:44 | 03/02/2016 14:45:34 | 170 | 760159 | 61882 | | Direct Bill | complete | Caller Hang up | X |
| Androscoggin County Jail, ME | M8 | 1 | N | 2072215736 | Intralata/Intrastate | 06/20/2017 10:14:53 | 06/20/2017 10:15:45 | 0 | | 3634921053 | | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | M8 | 1 | N | 2072215736 | Intralata/Intrastate | 06/20/2017 10:18:28 | 06/20/2017 10:19:46 | 78 | 075753 | 67174 | | Direct Bill | complete | Caller Hang up | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 07/27/2017 15:05:40 | 07/27/2017 15:06:11 | 31 | | | | Direct Bill | complete | Caller Hang up | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 07/29/2017 17:38:06 | 07/29/2017 17:39:21 | 0 | | | | Direct Bill | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/01/2017 14:07:18 | 08/01/2017 14:07:50 | 32 | | | | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/01/2017 14:14:55 | 08/01/2017 14:15:11 | 16 | | | | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:12:31 | 08/04/2017 17:13:03 | 0 | | | | Direct Bill | incomplete | Caller Entered Invalid Information | X |

| Facility | Type | | | Number | Call Type | Start Date | End Date | Dur | | Billing | Status | Reason | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:13:04 | 08/04/2017 17:13:29 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:13:41 | 08/04/2017 17:14:07 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:14:36 | 08/04/2017 17:15:02 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:15:04 | 08/04/2017 17:15:30 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:15:32 | 08/04/2017 17:16:00 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:16:02 | 08/04/2017 17:16:27 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:16:38 | 08/04/2017 17:17:04 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:17:05 | 08/04/2017 17:17:31 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:17:45 | 08/04/2017 17:18:11 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:18:13 | 08/04/2017 17:18:39 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:18:41 | 08/04/2017 17:19:07 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:19:10 | 08/04/2017 17:19:35 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:19:37 | 08/04/2017 17:20:03 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:20:06 | 08/04/2017 17:20:31 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:20:33 | 08/04/2017 17:20:59 | 0 | ■ | Direct Bill | incomplete | Caller Entered Invalid Information | X |

| Facility | Phone | | | Number | Type | Start Date | End Date | Duration | Code1 | Code2 | Bill Type | Status | Reason | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:21:01 | 08/04/2017 17:21:29 | 0 | | | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:21:36 | 08/04/2017 17:22:04 | 0 | | | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/04/2017 17:22:08 | 08/04/2017 17:22:34 | 0 | | | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/08/2017 08:08:59 | 08/08/2017 08:09:54 | 0 | | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/08/2017 08:09:56 | 08/08/2017 08:10:54 | 0 | | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/08/2017 10:43:32 | 08/08/2017 10:43:57 | 0 | | | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/08/2017 10:43:59 | 08/08/2017 10:44:20 | 0 | | | Direct Bill | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/08/2017 10:44:23 | 08/08/2017 10:44:39 | 0 | | | Direct Bill | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | BOOKING | 1 | N | 2072215736 | Intralata/Intrastate | 08/08/2017 10:45:09 | 08/08/2017 10:45:41 | 0 | | | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 04/18/2018 10:49:30 | 04/18/2018 10:50:56 | 0 | 778711 | 48394 | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 04/18/2018 10:52:04 | 04/18/2018 10:52:46 | 0 | 778711 | 48394 | Debit | incomplete | Insufficient Funds | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 04/18/2018 11:43:43 | 04/18/2018 11:49:27 | 344 | 778711 | 48394 | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 04/20/2018 10:07:38 | 04/20/2018 10:13:49 | 371 | 778711 | 48394 | Direct Bill | complete | Caller Hang up | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 04/25/2018 14:34:07 | 04/25/2018 14:35:20 | 0 | 778711 | 48394 | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 04/26/2018 15:40:31 | 04/26/2018 15:48:11 | 460 | 778711 | 48394 | Direct Bill | complete | Caller Hang up | X |

| Facility | Code | | | Number | Type | Start Date | End Date | Duration | ID1 | ID2 | | Bill Type | Status | Reason | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Androscoggin County Jail, ME | C5 | 1 | N | 2072215736 | Intralata/Intrastate | 03/29/2019 13:07:08 | 03/29/2019 13:07:54 | 0 | 424973 | 52626 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | C5 | 1 | N | 2072215736 | Intralata/Intrastate | 03/29/2019 13:08:50 | 03/29/2019 13:09:54 | 0 | 424973 | 52626 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | C5 | 1 | N | 2072215736 | Intralata/Intrastate | 03/29/2019 13:36:01 | 03/29/2019 13:36:47 | 0 | 424973 | 52626 | | Direct Bill | incomplete | Called party hangup | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/04/2019 13:08:41 | 04/04/2019 13:09:52 | 0 | 424973 | 52626 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/04/2019 13:42:10 | 04/04/2019 13:43:40 | 0 | 424973 | 52626 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/05/2019 13:22:24 | 04/05/2019 13:23:27 | 0 | 424973 | 52626 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/05/2019 13:53:57 | 04/05/2019 13:55:07 | 0 | 424973 | 52626 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/09/2019 13:22:41 | 04/09/2019 13:23:54 | 0 | 424973 | 52626 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/12/2019 13:05:08 | 04/12/2019 13:06:12 | 0 | 424973 | 52626 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/12/2019 13:47:16 | 04/12/2019 13:47:58 | 0 | 424973 | 52626 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/14/2019 13:36:59 | 04/14/2019 13:37:34 | 0 | 424973 | 52626 | | Direct Bill | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/14/2019 13:37:46 | 04/14/2019 13:38:16 | 0 | | | | Direct Bill | incomplete | Caller Entered Invalid Information | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/14/2019 13:38:18 | 04/14/2019 13:39:38 | 0 | 424973 | 52626 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/15/2019 13:29:39 | 04/15/2019 13:29:45 | 6 | 424973 | 52626 | | Direct Bill | complete | 3-way call detected | X |
| Androscoggin County Jail, ME | D5 | 1 | N | 2072215736 | Intralata/Intrastate | 04/15/2019 13:32:02 | 04/15/2019 13:44:59 | 777 | 424973 | 52626 | | Direct Bill | complete | Called party hangup | X |

| Facility | Phone ID | | | Called Number | Call Type | Start Date/Time | End Date/Time | Duration | Acct 1 | Acct 2 | | Pay Type | Status | Termination | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 06/21/2019 16:06:23 | 06/21/2019 16:07:18 | 0 | 743312 | 51176 | | Direct Bill | incomplete | 3-way call detected | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 06/21/2019 16:07:37 | 06/21/2019 16:08:38 | 0 | 743312 | 51176 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | TAB_779806 | 1 | N | 2072215736 | Intralata/Intrastate | 06/23/2019 16:02:47 | 06/23/2019 16:03:08 | 0 | | | | Direct Bill | incomplete | Caller Hang up | X |
| Androscoggin County Jail, ME | TAB_779806 | 1 | N | 2072215736 | Intralata/Intrastate | 06/23/2019 16:03:24 | 06/23/2019 16:04:32 | 0 | 743312 | 51176 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 06/24/2019 08:25:22 | 06/24/2019 08:26:03 | 0 | 743312 | 51176 | | Debit | incomplete | Insufficient Funds | X |
| Androscoggin County Jail, ME | K9 | 1 | N | 2072215736 | Intralata/Intrastate | 06/24/2019 08:27:16 | 06/24/2019 08:32:38 | 322 | 743312 | 51176 | | Direct Bill | complete | Caller Hang up | X |
| Androscoggin County Jail, ME | K9 | 1 | N | 2072215736 | Intralata/Intrastate | 06/24/2019 09:05:36 | 06/24/2019 09:05:42 | 6 | 743312 | 51176 | | Direct Bill | complete | 3-way call detected | X |
| Androscoggin County Jail, ME | K9 | 1 | N | 2072215736 | Intralata/Intrastate | 06/24/2019 09:06:28 | 06/24/2019 09:07:18 | 50 | 743312 | 51176 | | Direct Bill | complete | Caller Hang up | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 06/25/2019 09:06:06 | 06/25/2019 09:06:49 | 0 | 743312 | 51176 | | Direct Bill | incomplete | 3-way call detected | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 06/25/2019 09:07:38 | 06/25/2019 09:07:43 | 5 | 743312 | 51176 | | Direct Bill | complete | 3-way call detected | X |
| Androscoggin County Jail, ME | K9_S2881 | 1 | N | 2072215736 | Intralata/Intrastate | 06/25/2019 09:10:04 | 06/25/2019 09:13:09 | 185 | 743312 | 51176 | | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | TAB_779806 | 1 | N | 2072215736 | Intralata/Intrastate | 06/25/2019 11:29:25 | 06/25/2019 11:30:17 | 0 | 743312 | 51176 | | Direct Bill | incomplete | No Positive Acceptance | X |
| Androscoggin County Jail, ME | TAB_779806 | 1 | N | 2072215736 | Intralata/Intrastate | 06/25/2019 11:31:13 | 06/25/2019 11:34:06 | 173 | 743312 | 51176 | | Direct Bill | complete | Called party hangup | X |
| Androscoggin County Jail, ME | CL301_S1012 | 1 | N | 2072215736 | Intralata/Intrastate | 08/28/2020 10:26:18 | 08/28/2020 10:34:36 | 498 | 776464 | 40890 | | Free Call | complete | Called party hangup | X |