# EXHIBIT D

| Site | PortLoc | Ctry | Wireless | Dialed# | Dest Zone | Start Time | End Time | Dur.(s) | Acct# | PIN | First Name | Last Name | Call Type | Call Status | Term Cat. | Priv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Franklin County Jail, ME | S4 | 1 | N | 2072215736 | Intralata/Intrastate | 12/28/2017 11:18:26 | 12/28/2017 11:32:14 | 828 | 17976 | 3312 | | | Direct Bill | complete | Called party hangup | X |
| Franklin County Jail, ME | S4 | 1 | N | 2072215736 | Intralata/Intrastate | 12/28/2017 12:56:36 | 12/28/2017 12:57:22 | 46 | 17976 | 3312 | | | Direct Bill | complete | Called party hangup | X |
| Franklin County Jail, ME | S4 | 1 | N | 2072215736 | Intralata/Intrastate | 12/28/2017 15:03:19 | 12/28/2017 15:04:23 | 64 | 17976 | 3312 | | | Direct Bill | complete | Called party hangup | X |
| Franklin County Jail, ME | S4 | 1 | N | 2072215736 | Intralata/Intrastate | 12/28/2017 15:19:47 | 12/28/2017 15:26:48 | 421 | 17976 | 3312 | | | Direct Bill | complete | Called party hangup | X |
| Franklin County Jail, ME | S4 | 1 | N | 2072215736 | Intralata/Intrastate | 12/29/2017 10:24:21 | 12/29/2017 10:24:54 | 33 | 17976 | 3312 | | | Direct Bill | complete | Called party hangup | X |
| Franklin County Jail, ME | S4 | 1 | N | 2072215736 | Intralata/Intrastate | 12/29/2017 11:53:21 | 12/29/2017 11:55:33 | 132 | 17976 | 3312 | | | Direct Bill | complete | Called party hangup | X |