# EXHIBIT F

| Site | PortLoc | Ctry | Dialed# | Dest Zone | Start Time | End Time | Dur.(s) | Acct# | PIN | First Name | Last Name | Call Type | Call Status | Term Cat. | Priv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aroostook County Jail | West Up South | 1 | 2075215220 | Local | 06/08/2018 16:23:17 | 06/08/2018 16:24:14 | 57 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/18/2018 10:38:08 | 06/18/2018 10:39:14 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/18/2018 11:15:49 | 06/18/2018 11:17:35 | 106 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/21/2018 11:21:30 | 06/21/2018 11:22:34 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | Called party refused call | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/21/2018 11:22:37 | 06/21/2018 11:24:00 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/21/2018 11:24:52 | 06/21/2018 11:27:06 | 134 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/21/2018 14:41:24 | 06/21/2018 14:42:38 | 74 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/26/2018 09:55:51 | 06/26/2018 09:56:41 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/26/2018 09:58:53 | 06/26/2018 09:59:36 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/26/2018 09:59:36 | 06/26/2018 10:00:51 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | Caller Hang up | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/26/2018 10:00:49 | 06/26/2018 10:02:18 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/26/2018 10:02:19 | 06/26/2018 10:03:41 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/26/2018 10:06:46 | 06/26/2018 10:08:08 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/26/2018 10:08:12 | 06/26/2018 10:09:33 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |

| Site | Location | | Phone | Type | Start | End | Duration | Code1 | Code2 | First | Last | Payment | Status | Reason | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/26/2018 10:49:39 | 06/26/2018 10:51:00 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | West Low South | 1 | 2075215220 | Local | 06/26/2018 10:51:31 | 06/26/2018 10:52:53 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/05/2018 14:15:11 | 07/05/2018 14:15:35 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | Caller Hang up | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/05/2018 14:15:55 | 07/05/2018 14:16:48 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/05/2018 14:16:49 | 07/05/2018 14:18:12 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/05/2018 14:44:11 | 07/05/2018 14:45:14 | 63 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/17/2018 15:39:19 | 07/17/2018 15:40:35 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/17/2018 15:40:36 | 07/17/2018 15:41:19 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/17/2018 15:41:21 | 07/17/2018 15:42:41 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/17/2018 15:42:51 | 07/17/2018 15:44:13 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/17/2018 15:47:23 | 07/17/2018 15:48:48 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/17/2018 15:48:50 | 07/17/2018 15:49:44 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/17/2018 15:50:32 | 07/17/2018 15:53:36 | 184 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 07/17/2018 16:36:25 | 07/17/2018 16:40:07 | 222 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 07/18/2018 14:46:17 | 07/18/2018 14:50:55 | 278 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 07/18/2018 16:29:46 | 07/18/2018 16:33:42 | 236 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/26/2018 15:44:53 | 07/26/2018 15:46:22 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 07/26/2018 15:47:17 | 07/26/2018 15:52:44 | 327 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 14:38:51 | 08/02/2018 14:39:36 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |

| Site | Room | | Phone | Type | Start | End | Dur | Acct1 | Acct2 | First | Last | Bill | Status | Result | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 14:39:36 | 08/02/2018 14:40:57 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 14:40:57 | 08/02/2018 14:42:16 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 14:42:19 | 08/02/2018 14:43:42 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 14:43:44 | 08/02/2018 14:45:15 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 14:46:55 | 08/02/2018 14:48:17 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 14:56:42 | 08/02/2018 14:58:04 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 15:06:40 | 08/02/2018 15:08:02 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 15:14:49 | 08/02/2018 15:16:10 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 15:22:13 | 08/02/2018 15:23:34 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 15:36:25 | 08/02/2018 15:37:58 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/02/2018 16:47:01 | 08/02/2018 16:48:44 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/10/2018 09:45:02 | 08/10/2018 09:45:54 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/10/2018 09:45:55 | 08/10/2018 09:47:18 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/10/2018 09:48:05 | 08/10/2018 09:49:02 | 57 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/13/2018 10:31:03 | 08/13/2018 10:31:30 | 27 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/15/2018 13:51:53 | 08/15/2018 13:53:18 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/15/2018 13:53:18 | 08/15/2018 13:54:41 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/15/2018 13:54:41 | 08/15/2018 13:55:59 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/15/2018 13:55:59 | 08/15/2018 13:57:19 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/15/2018 13:57:19 | 08/15/2018 13:58:40 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/15/2018 13:58:41 | 08/15/2018 14:00:05 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |

| Facility | Location | | Number | Type | Start Date/Time | End Date/Time | Duration | Code1 | Code2 | First Name | Last Name | Payment | Status | Reason | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/15/2018 14:38:25 | 08/15/2018 14:39:55 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/15/2018 14:40:42 | 08/15/2018 14:41:21 | 39 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/23/2018 10:03:15 | 08/23/2018 10:04:07 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/23/2018 10:05:13 | 08/23/2018 10:07:04 | 111 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/27/2018 09:51:59 | 08/27/2018 09:52:54 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/27/2018 09:52:58 | 08/27/2018 09:54:35 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/27/2018 09:55:34 | 08/27/2018 09:56:27 | 53 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | Room 207 | 1 | 2075215220 | Local | 08/27/2018 15:43:05 | 08/27/2018 15:43:48 | 43 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Called party hangup | X |
| Aroostook County Jail | Room 116 | 1 | 2077607251 | Intralata/Intrastate | 01/15/2019 14:06:35 | 01/15/2019 14:07:12 | 37 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 01/24/2019 11:52:42 | 01/24/2019 11:54:25 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 01/25/2019 13:49:50 | 01/25/2019 13:50:11 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | Caller Hang up | |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 01/25/2019 13:51:09 | 01/25/2019 13:52:38 | 89 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 01/28/2019 09:15:54 | 01/28/2019 09:21:14 | 320 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 01/30/2019 10:28:25 | 01/30/2019 10:31:16 | 171 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 01/31/2019 11:00:57 | 01/31/2019 11:04:11 | 194 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 01/31/2019 15:11:34 | 01/31/2019 15:13:16 | 0 | 08623 | 08623 | MATTHEW | PERRY | Debit | incomplete | No Positive Acceptance | |
| Aroostook County Jail | Room 207 | 1 | 2077607251 | Intralata/Intrastate | 01/31/2019 15:14:50 | 01/31/2019 15:22:14 | 444 | 08623 | 08623 | MATTHEW | PERRY | Debit | complete | Caller Hang up | |