# EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name | BELLEAU, STEVEN RAY | | | Receipt # | 19-0000845 |
| Inmate # | 12229 | | | Booking # | 14337 |
| Received Date/Time | 05/20/2019 21:12 | | | Phone PIN # | 32736 |
| Received By | GRANT - 000031 | | | | |
| Received From | | | | Relationship | |

## Property Items

| Location | Bin | Qty | Picture | Item Nbr | Description |
|---|---|---|---|---|---|
| STORAGE LOCKER | 0 | 1 | | 00004507 | BLUE JEANS, BLACK SWAETSHIRT, BLACK TSHIRT, BLUE BOXERS,BLACK SNEAKERS,BLACK PHONE,CAMO WALLET, PHON |

## Money

| Type | CheckNumber | Amount |
|---|---|---|
| | | |

## Issued Property

| Property Item | Charge | Current Qty | Condition | Condition Comment |
|---|---|---|---|---|
| HYGEINE KIT | 0.00 | 1 | | |
| WASHCLOTH | 0.00 | 1 | | |
| UNDERWEAR | 1.25 | 2 | | |
| CUP | 2.00 | 1 | | |
| HANDBOOK | 2.00 | 1 | | |
| BRIEFS | 2.50 | 2 | | |
| TOWEL | 2.85 | 1 | | |
| SHEET | 3.00 | 2 | | |
| T-SHIRT | 3.70 | 2 | | |
| BRA | 3.75 | 2 | | |
| SHOES | 6.00 | 1 | | |
| BLANKET | 6.50 | 2 | | |
| PANTS | 7.00 | 1 | | |
| SWEATSHIRT | 8.50 | 1 | | |
| TOTE | 26.00 | 1 | | |
| MATTRESS | 110.00 | 1 | | |

Total Charge $205.75

I cerify that I have received the above Issuances as designated. I have been warned to promptly report any damage to those items, and I understand that I shall be held accountable for them.

**\*\* Charges against inmate accounts \*\***

I understand that I may be charged a small co-payment if I request medical care, but I WILL NOT BE DENIED MEDICAL SERVICES even if I have no money (current rates available upon request). Non-prescription drugs, such as aspirin, can be purchased through the inmate commissary.

Notes

_Steven Belleau_     05/20/2019
Inmate Signature     Date

_William E. Grant_     05/20/2019
000031 GRANT     Date
Officer Signature     Auto Signed