# EXHIBIT C

ALL PHONE CALLS ARE SUBJECT TO MONITORING AND/OR RECORDING

ALL PHONE CALLS ARE SUBJECT TO MONITORING AND/OR RECORDING