UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JEREMY PRATT, et al.,                    )
                                         )
Plaintiffs                               )
                                         )
v.                                       )        CIVIL NO. 1:20-cv-00295-JDL
                                         )
SECURUS TECHNOLOGIES, INC.,              )
                                         )
Defendant                                )

JUDGMENT


In accordance with the Order on Defendant's Motion to Dismiss entered on April 30,

2021 and the Order on Plaintiffs' Moton for Leave to File Second Amended Complaint

entered November 2, 2021, by Chief U.S. District Judge Jon D. Levy;

JUDGMENT of dismissal without prejudice is hereby entered.

                                        Christa K. Berry
                                        Clerk of Court

            By:

                                        /s/ Amy K. Spencer
                                        Deputy Clerk

Dated: November 3, 2021